**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | In re: COVID-19 Business Interruption Insurance Coverage Litigation | | MDL No. _____ | |

## SCHEDULE OF ACTIONS

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | *Plaintiff(s):* LH Dining L.L.C., doing business as River Twice Restaurant<br><br>*Defendant(s):* Admiral Indemnity Company | Eastern District of Pennsylvania | 2:20-cv-01869 | District Judge Timothy J. Savage |
| 2 | *Plaintiff(s):* Newchops Restaurant Comcast LLC, doing business as Chops<br><br>*Defendant(s):* Admiral Indemnity Company | Eastern District of Pennsylvania | 2:20-cv-01949 | District Judge Timothy J. Savage |
| 3 | *Plaintiff(s):* Billy Goat Tavern I, Inc.; Billy Goat Tavern Midwest, LLC; Billy Goat Tavern North II, Inc.; Billy Goat VI, Inc.; Billy Goat Inn, Inc.; Billy Goat Tavern West, LLC, all d/b/a Billy Goat Tavern, and all others similarly situated<br><br>*Defendant(s):* Society Insurance | Northern District of Illinois | 1:20-cv-02068 | Senior District Judge Harry D. Leinenweber |
| 4 | *Plaintiff(s):* Big Onion Tavern Group, LLC; Headquarters Beercade | Northern District of Illinois | 1:20-cv-02005 | District Judge Edmund E. Chang |

| | | | | |
|---|---|---|---|---|
| | LLC; Machine 1846 LLC; The New 400 LLC; Harper Theater LLC; Welcome Back LLC; Legacy Hospitality LLC; McBrides Aurora Inc.; McBride's Pub Inc.; McBride's on 52 Inc.; Homeslyce is Where the Heart Is LLC: 3458 Norclark Restaurant LLC; Happy Camper Pizzeria LLC: 1913 Northco LLC *Defendant(s):* Society Insurance, Inc. | | | |
| 5 | *Plaintiff(s):* El Novillo Restaurant d/b/a DJJ Restaurant Corp. and El Novillo Restaurant d/b/a Triad Restaurant Corp., on behalf of themselves and all others similarly situated, *Defendant(s):* Certain Underwriters at Lloyd's London, and Underwriters at Lloyd's London Known as Syndicate XLC 2003, AFB 2623, AFB 263, BRT 2987, BRT 2988, WRB 1967, and MSP 318 | Southern District of Florida | 1:20-cv-21525 | District Judge Ursula Ungaro |
| 6 | *Plaintiff(s):* Gio Pizzeria & Bar Hospitality, LLC and Gio Pizzeria Boca, LLC, individually and on behalf of all others similarly situated | Southern District of New York | 1:20-cv-03107 | District Judge Ronnie Abrams |

2

| | | | | |
|---|---|---|---|---|
| | *Defendant(s):* Certain Underwriters at Lloyd's, London Subscribing to Policy Numbes ARP-74910-20 and ARP-75209-20 | | | |
| 7 | *Plaintiff(s):* Rising Dough, Inc. (d/b/a Madison Sourdough); Willy McCoy's of Albertville LLC; Willy McCoys of Andover LLC; Willy McCoys of Chaska LLC; Willy McCoys of Shakopee LLC; and Whiskey Jacks of Ramsey LLC (d/b/a Willy McCoy's Ramsey), individually and on behalf of all others similarly situated<br><br>*Defendant(s):* Society Insurance | Eastern District of Wisconsin | 2:20-cv-00623 | Magistrate Judge William E. Duffin |
| 8 | *Plaintiff(s):* Bridal Expressions LLC, individually and on behalf of all others similarly situated<br><br>*Defendant(s):* Owners Insurance Company | Northern District of Ohio | 1:20-cv-00833 | District Judge Solomon Oliver, Jr. |
| 9 | *Plaintiff(s):* Caribe Restaurant & Nightclub, Inc., individually and on behalf of all others similarly situated, individually and on behalf of all others similarly situated | Central District of California – Western Division | 2:20-cv-03570 | TBD |

|    |    |    |    |    |
|----|----|----|----|----|
|    | *Defendant(s):* Topa Insurance Company |    |    |    |
| 10 | *Plaintiff(s):* Dakota Ventures, LLC d/b/a Kokopelli Grill and Coyote BBQ Pub, individually and on behalf of all others similarly situated<br><br>*Defendant(s):* Oregon Mutual Insurance Company | District of Oregon | 3:20-cv-00630 | Chief Judge Marco A. Hernandez |
| 11 | *Plaintiff(s):* Christie Jo Berkseth-Rojas DDS, invidually and on behalf of all others similarly situated<br><br>*Defendant(s):* Aspen American Insurance Company | Northern District of Texas | 3:20-cv-00948 | Senior District Judge Sidney A. Fitzwater |

Dated:  April 20, 2020                                  Respectfully submitted,


/s/ *Richard M. Golomb*
Richard M. Golomb, Esquire
Kenneth J. Grunfeld, Esquire
**GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA 19103
Telephone: (215) 346-7338
Facsimile: (215) 985-4169
Email: rgolomb@GolombHonik.Com
Email: KGrunfeld@GolombHonik.Com

Arnold Levin, Esquire
Frederick Longer, Esquire
Daniel Levin, Esquire
Keith J. Verrier, Esquire

4

**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
Email: alevin@lfblaw.com
Email: flonger@lfsblaw.com
Email: dlevin@lfsblaw.com
Email: kverrier@lfsblaw.com

*Attorneys for Movants-Plaintiffs LH Dining L.L.C., doing business as River Twice Restaurant and Newchops Restaurant Comcast LLC, doing business as Chops*

5