**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re: COVID-19 Business Interruption Insurance Coverage Litigation** | **MDL No. _____** |

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing Plaintiffs' Motion for Transfer and Coordination or Consolidation Under 28 U.S.C. § 1407, the Brief in support of that Motion, the Schedule of Actions, the Complaints and Docket Sheets for Related Actions which are attached as exhibits 1 through 11, the Statement Regarding Oral Argument, and this Proof of Service was served by First Class U.S. Mail and/or electronic mail on April 20, 2020, to the following:

**By mail:**

Clerk, Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

Clerk, Northern District of Illinois
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Clerk, Northern District of Illinois
United States Courthouse
327 South Church Street
Rockford, IL 61101

Clerk, Southern District of Florida
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue
Miami, FL 33128

Clerk, Southern District of New York
Courthouse
500 Pearl Street
New York, NY 10007

Clerk, Eastern District of Wisconsin
United States Federal Building and Courthouse
517 E Wisconsin Avenue
Milwaukee, WI 53202

Clerk, Northern District of Ohio
801 W Superior Ave
Cleveland, OH 44113

Clerk, Central District of California – Western Division
312 N Spring Street
Los Angeles, CA 90012

Clerk, District of Oregon
Mark O. Hatfield U.S. Courthouse
1000 S.W. Third Ave.
Portland, OR 97204

Clerk, Northern District of Texas
341 Pine St Rm 2008
Abilene, TX 79601

Ralph D McBride
Bracewell & Giuliani
711 Louisiana
Suite 2300
Houston, TX 77002-2770
713/223-2900
Fax: 713/221-1212
Attorney for Christie Jo Berkseth-Rojas DDS


**By Email:**

Christopher J. Esbrook
Esbrook Law, LLC
77 W. Wacker Dr. Suite 4500
Chicago, IL 60601
(312) 319-7681
Email:  christopher.esbrook@esbrooklaw.com

James Henry Podolny
Duncan Law Group, Llc
161 North Clark Street
Suite 2550

Chicago, IL 60601
(312) 202-3281
Email: jp@duncanlawgroup.com

Michael Stephan Kozlowski , Jr
Esbrook Law LLC
77 W. Wacker Dr. Suite 4500
Chicago, IL 60601
312-319-7682
Email:  michael.kozlowski@esbrooklaw.com

Robert R Duncan
Duncan Law Group, LLC
161 N. Clark, Suite 2550
Chicago, IL 60601
(312)262-5841
Email: rrd@duncanlawgroup.com

***Attorneys for Billy Goat Tavern I, Inc.; Billy Goat Tavern Midwest, LLC; Billy Goat Tavern North II, Inc.; Billy Goat VI, Inc.; Billy Goat Inn, Inc.; Billy Goat Tavern West, LLC, all d/b/a Billy Goat Tavern***

Christopher J. O'Malley
King & Spalding LLP
353 N. Clark
12th Floor
Chicago, IL 60654
312 995-6333
Email: comalley@kslaw.com

Patrick M. Collins
King & Spalding LLP
353 N. Clark St.
Suite 1200
Chicago, IL 60654
(312) 764-6901
Email: pcollins@kslaw.com

Shelby S. Guilbert, Jr.
Joseph M. Englert
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
(404) 572-4600 (Phone)
sguilbert@kslaw.com
jenglert@kslaw.com

***Attorneys for Big Onion Tavern Group, LLC; Headquarters Beercade LLC; Machine 1846 LLC; The New 400 LLC; Harper Theater LLC; Welcome Back LLC; Legacy Hospitality LLC; McBrides Aurora Inc.; McBride's Pub Inc.; McBride's on 52 Inc.; Homeslyce is Where the Heart Is LLC: 3458 Norclark Restaurant LLC; Happy Camper Pizzeria LLC: 1913 Northco LLC***

Benjamin Jacobs Widlanski
Kozyak Tropin Throckmorton LLP
2525 Ponce De Leon Boulevard
9th Floor
Miami, FL 33134
305-372-1800
Fax: 305-372-3508
Email: bwidlanski@kttlaw.com

Gail Ann McQuilkin
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Boulevard
9th Floor
Coral Gables, FL 33134-6036
305-372-1800
Fax: 305-372-3508
Email: gam@kttlaw.com

Javier Asis Lopez
Kozyak Tropin & Throckmorton PA
2525 Ponce De Leon Blvd
Suite 900
Coral Gables, FL 33134
305-372-1800
Fax: 305-372-3508
Email: jal@kttlaw.com

Robert J Neary
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd
9th Floor
Coral Gables, FL 33134
(305) 372-1800
Fax: (305) 372-3508
Email: rn@kttlaw.com

Harley Shepard Tropin
Kozyak Tropin & Throckmorton

2525 Ponce de Leon Boulevard
9th Floor
Coral Gables, FL 33134-6036
305-372-1800
Fax: 305-372-3508
Email: hst@kttlaw.com

*Attorneys for El Novillo Restaurant d/b/a DJJ Restaurant Corp. and El Novillo Restaurant d/b/a Triad Restaurant Corp.*

Greg G. Gutzler
DICELLO LEVITT GUTZLER LLC
444 Madison Avenue, Fourth Floor
New York, New York 10022
Telephone: 646-933-1000
Email: ggutzler@dicellolevitt.com

*Attorneys for Gio Pizzeria & Bar Hospitality, LLC and Gio Pizzeria Boca, LLC;*

Adam J. Levitt
Amy E. Keller
Daniel R. Ferri
Mark Hamill
Laura E. Reasons
DICELLO LEVITT GUTZLER LLC
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
Email: alevitt@dicellolevitt.com
Email: dferri@dicellolevitt.com
Email: mhamill@dicellolevitt.com

Mark A. DiCello
Kenneth P. Abbarno
Mark Abramowitz
DICELLO LEVITT GUTZLER LLC
7556 Mentor Avenue
Mentor, Ohio 44060
Telephone: 440-953-8888
Email: madicello@dicellolevitt.com
Email: kabbarno@dicellolevitt.com
Email: mabramowitz@dicellolevitt.com

Mark Lanier
Alex Brown
Skip McBride
THE LANIER LAW FIRM PC
10940 West Sam Houston Parkway North
Suite 100
Houston, Texas 77064
Telephone: 713-659-5200
WML@lanierlawfirm.com
Email:  alex.brown@lanierlawfirm.com
Email:  skip.mcbride@lanierlawfirm.com

Evan Janush
THE LANIER LAW FIRM PC
126 East 56th Street, Sixth Floor
New York, New York 10022
Telephone: 212-421-2800
Email:  WML@lanierlawfirm.com
Email:  alex.brown@lanierlawfirm.com

Timothy W. Burns
Jeff J. Bowen
Jesse J. Bair
Freya K. Bowen
BURNS BOWEN BAIR LLP
One South Pinckney Street, Suite 930
Madison, Wisconsin 53703
Telephone: 608-286-2302
Email:  tburns@bbblawllp.com
Email:  jbowen@bbblawllp.com
Email:  jbair@bbblawllp.com
Email:  fbowen@bbblawllp.com


Douglas Daniels
DANIELS & TREDENNICK
6363 Woodway, Suite 700
Houston, Texas 77057
Telephone: 713-917-0024
Email:  douglas.daniels@dtlawyers.com

*Attorneys for Gio Pizzeria & Bar Hospitality, LLC and Gio Pizzeria Boca, LLC; Rising Dough, Inc. (d/b/a Madison Sourdough); Willy McCoy's of Albertville LLC; Willy McCoys of Andover LLC; Willy McCoys of Chaska LLC; Willy McCoys of Shakopee LLC; and Whiskey Jacks of Ramsey LLC (d/b/a Willy McCoy's Ramsey); Bridal Expressions LLC; Caribe*

*Restaurant & Nightclub, Inc.; Dakota Ventures, LLC d/b/a Kokopelli Grill and Coyote BBQ Pub; Christie Jo Berkseth-Rojas DDS*

Bryan L. Bleichner
Jeffrey D. Bores
Christopher P. Renz
Gary K. Luloff
CHESTNUT CAMBRONNE PA
100 Washington Avenue South, Suite 1700
Minneapolis, Minnesota 55401
Telephone: 612-339-7300
Email:  bbleichner@chestnutcambronne.com
Email:  jbores@chestnutcambronne.com
Email:  crenz@chestnutcambronne.com
Email:  gluloff@chestnutcambronne.com

*Attorneys for Rising Dough, Inc. (d/b/a Madison Sourdough); Willy McCoy's of Albertville LLC; Willy McCoys of Andover LLC; Willy McCoys of Chaska LLC; Willy McCoys of Shakopee LLC; and Whiskey Jacks of Ramsey LLC (d/b/a Willy McCoy's Ramsey)*

C. Moze Cowper
Noel E. Garcia
COWPER LAW PC
10880 Wilshire Boulevard, Suite 1840
Los Angeles, California 90024
Telephone: 877-529-3707
Email:  mcowper@cowperlaw.com
Email:  ngarcia@cowperlaw.com

*Attorney for Caribe Restaurant & Nightclub, Inc.*

Steve D. Larson
Jennifer S. Wagner
STOLL STOLL BERNE LOKTING &
SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Email:  slarson@stollberne.com
Email:  jwagner@stollberne.com

*Attorneys for Dakota Ventures, LLC d/b/a Kokopelli Grill and Coyote BBQ Pub*

Dated:  April 20, 2020                    /s/ *Keith J. Verrier*
                                          Keith J. Verrier, Esquire
                                          **LEVIN SEDRAN & BERMAN LLP**
                                          510 Walnut Street, Suite 500
                                          Philadelphia, PA 19106-3697
                                          Telephone: (215) 592-1500
                                          Facsimile: (215) 592-4663
                                          Email: kverrier@lfsblaw.com