**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re: COVID-19 Business Interruption Insurance Coverage Litigation** | **MDL No. _____** |

## STATEMENT REGARDING ORAL ARGUMENT

Counsel for Plaintiffs-Movants[1] respectfully request oral argument before this Judicial Panel on Multidistrict Litigation ("Panel") with regard to the above-referenced matter. Oral argument will assist the Panel in understanding the issues and challenges raised in this complex litigation with national significance.

Movants are Plaintiffs in 2 of the 11 cases currently filed in 9 federal district courts across the country all of which seek to answer the vital question of whether plaintiffs' business interruption insurance coverage was triggered by the numerous federal, state, county, and local orders that closed non-essential businesses and ordered people to "stay at-home" as a result of the COVID-19 pandemic. Movants assert that the core issue in these cases is an issue of national importance having significance not only for businesses across the country but also for the overall health of the economy. As such, the federal judiciary should respond with a consistent and cohesive approach rather than risking inconsistent decisions and duplication of efforts in different federal courts. Because the volume of cases is sure to increase significantly in the coming days and weeks, oral argument also would allow the Movants to update the Panel on the number of filed cases.

---

[1] Movants are LH Dining L.L.C., doing business as River Twice Restaurant, and Newchops Restaurant Comcast LLC, doing business as Chops. *See LH Dining L.L.C., doing business as River Twice Restaurant v. Admiral Indemnity Company*, Civil Action No. 2:20-cv-01869 (E.D.Pa.) (TJS), *filed* April 10, 2020; *Newchops Restaurant Comcast LLC, doing business as Chops v. Admiral Insurance Company*, Civil Action No. 2:20-cv-01949 (E.D.Pa.), filed April 17, 2020.

1

Oral argument would respectfully assist the Panel in understanding how transferring, coordinating and consolidating these matters will avoid duplication, avoid inconsistent results, and serve as a more just and efficient method of litigation.

For these reasons, Plaintiffs-Movants respectfully request that this Panel grant their request for oral argument.

Dated:  April 20, 2020 	Respectfully submitted,

/s/ *Richard M. Golomb*
Richard M. Golomb, Esquire
Kenneth J. Grunfeld, Esquire
**GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA 19103
Telephone: (215) 346-7338
Facsimile: (215) 985-4169
Email: rgolomb@GolombHonik.Com
Email: KGrunfeld@GolombHonik.Com

Arnold Levin, Esquire
Frederick Longer, Esquire
Daniel Levin, Esquire
Keith J. Verrier, Esquire
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
Email: alevin@lfblaw.com
Email: flonger@lfsblaw.com
Email: dlevin@lfsblaw.com
Email: kverrier@lfsblaw.com

*Attorneys for Movants-Plaintiffs LH Dining L.L.C., doing business as River Twice Restaurant and Newchops Restaurant Comcast LLC, doing business as Chops*