BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re: COVID-19 Business Interruption Insurance Coverage Litigation** | MDL No. _____ |

## SUPPLEMENTAL PROOF OF SERVICE

I hereby certify that a copy of the foregoing Plaintiffs' Motion for Transfer and Coordination or Consolidation Under 28 U.S.C. § 1407, the Brief in support of that Motion, the Schedule of Actions, the Complaints and Docket Sheets for Related Actions which are attached as exhibits 1 through 11, the Statement Regarding Oral Argument, the original Proof of Service and this Supplemental Proof of Service was served by First Class U.S. Mail on April 20, 2020, to the following:

**Defendants**

Admiral Indemnity Company
301 Route 17 North, Suite 900
Rutherford, NJ 07070

Society Insurance Company
150 Camelot Drive
P.O. Box 1029
Fond du Lac, WI 54936-1029

Mendes & Mount, LLP
750 Seventh Avenue
New York, New York 10019-6829
(for the Lloyd's London-related Defendants)

Owners Insurance Company
6101 Anacapri Blvd.
Lansing, MI 48917

Topa Insurance Company
24025 Park Sorrento, Suite 300
Calabasas, CA 91302

Oregon Mutual Insurance Company
400 NE Baker Street
McMinnville, OR 97128

Aspen American Insurance Company
175 Capital Blvd., Suite 100
Rocky Hill, CT 06067


Dated:  April 20, 2020 /s/ *Keith J. Verrier*
Keith J. Verrier, Esquire
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
Email: kverrier@lfsblaw.com