# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: COVID-19 BUSINESS ) 
INTERRUPTION PROTECTION ) MDL Docket No. 2942
INSURANCE LITIGATION )
                                                    )

## NOTICE OF RELATED ACTIONS

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"), the undersigned counsel hereby notifies the Clerk of the JPML of the following related actions:

| Case Name | Case No. | Court | Judge |
|---|---|---|---|
| *Mikkelson v. Aspen American Ins. Co.* | 3:20-cv-05378 | Western District of Washington at Tacoma | Judge Benjamin H. Settle |
| *Fox v. Travelers Casualty Ins. Co* | 2:20-cv-00598 | Western District of Washington at Seattle | Judge Michelle L. Peterson |
| *Nguyen v. Travelers Casualty Ins. Co.* | 2:20-cv-00597 | Western District of Washington at Seattle | Judge Ricardo S. Martinez |
| *Stan's Bar B-Q LLC v. The Charter Oak Fire Ins. Co.* | 2:20-cv-00613 | Western District of Washington at Seattle | Judge Ricardo S. Martinez |
| *Marler v. Aspen American Ins. Co.* | 2:20-cv-00616 | Western District of Washington at Seattle | Judge Thomas M. Zilly |

The Schedule of Actions contains the full list of parties in these actions and is attached as Exhibit 1. Copies of the docket sheets and complaints are attached as Exhibits 2-6.

RESPECTFULLY SUBMITTED this 23rd day of April, 2020.

                                       KELLER ROHRBACK L.L.P.

                                       By *s/ Amy Williams-Derry*
                                         Amy Williams-Derry, WSBA #28711
                                         Lynn L. Sarko, WSBA #16569
                                         Gretchen Freeman Cappio, WSBA #29576
                                         Ian S. Birk, WSBA #31431
                                         Irene M. Hecht, WSBA #11063

Maureen Falecki, WSBA #18569
Nathan L. Nanfelt, WSBA #45273
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Fax: (206) 623-3384
Email: awilliams-derry@kellerrohrback.com
Email: ibirk@kellerrohrback.com
Email: lsarko@kellerrohrback.com
Email: gcappio@kellerrohrback.com
Email: ihecht@kellerrohrback.com
Email: nnanfelt@kellerrohrback.com

Alison Chase, #226976
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Fax: (805) 456-1497
Email: achase@kellerrohrback.com

***Attorneys for Plaintiffs Mikkelson, Fox, Nguyen, Stan's Bar B-Q LLC, and Marler***