# EXHIBIT 1

**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: COVID-19 BUSINESS INTERRUPTION PROTECTION INSURANCE LITIGATION ) ) ) ) | MDL Docket No. 2942 |

**SCHEDULE OF ACTIONS**

| Plaintiffs | Defendant | District | Civil Action No. | Judge Assigned |
|---|---|---|---|---|
| *Ronald A. Mikkelson DDS* | *Aspen American Insurance Company* | Western District of Washington at Tacoma | 3:20-cv-05378 | Judge Benjamin H. Settle |
| *Ryan M. Fox PLLC* | *Travelers Casualty Insurance Company* | Western District of Washington at Seattle | 2:20-cv-00598 | Judge Michelle L. Peterson |
| *Jennifer B. Nguyen* | *Travelers Casualty Insurance Company* | Western District of Washington at Seattle | 2:20-cv-00597 | Judge Ricardo S. Martinez |
| *Stan's Bar B-Q LLC* | *The Charter Oak Fire Insurance Company* | Western District of Washington at Seattle | 2:20-cv-00613 | Judge Ricardo S. Martinez |
| *Wade K. Marler, DDS* | *Aspen American Insurance Company* | Western District of Washington at Seattle | 2:20-cv-00616 | Judge Thomas M. Zilly |

RESPECTFULLY SUBMITTED this 23rd day of April, 2020.

    KELLER ROHRBACK L.L.P.

    By *s/ Amy Williams-Derry*
      Amy Williams-Derry, WSBA #28711
      Lynn L. Sarko, WSBA #16569
      Gretchen Freeman Cappio, WSBA #29576
      Ian S. Birk, WSBA #31431
      Irene M. Hecht, WSBA #11063
      Maureen Falecki, WSBA #18569
      Nathan L. Nanfelt, WSBA #45273
      1201 Third Avenue, Suite 3200
      Seattle, WA 98101
      Telephone: (206) 623-1900
      Fax: (206) 623-3384
      Email: awilliams-derry@kellerrohrback.com
      Email: ibirk@kellerrohrback.com
      Email: lsarko@kellerrohrback.com
      Email: gcappio@kellerrohrback.com
      Email: ihecht@kellerrohrback.com
      Email: nnanfelt@kellerrohrback.com

      Alison Chase, #226976
      801 Garden Street, Suite 301
      Santa Barbara, CA 93101
      Telephone: (805) 456-1496
      Fax: (805) 456-1497
      Email: achase@kellerrohrback.com

      ***Attorneys for Plaintiffs Mikkelson, Fox, Nguyen, Stan's Bar B-Q LLC, and Marler***