**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: COVID-19 BUSINESS INTERRUPTION PROTECTION INSURANCE LITIGATION ) ) ) ) | MDL Docket No. 2942 |

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Related Actions on behalf of Plaintiffs Ronald A. Mikkelson DDS, Ryan M. Fox PLLC, Jennifer B. Nguyen, Stan's Bar-B-Q LLC and Wade K. Marler, DDS, was served via U.S. Mail on April 23, 2020 to the following defendants:

| | |
|---|---|
| Aspen American Insurance Company<br>211 E. 7th, Suite 620<br>Austin, TX 78701 | Travelers Casualty Insurance Company<br>One Tower Square<br>Hartford, CT 01683 |
| The Charter Oak Fire Insurance Company<br>One Tower Square<br>Hartford, CT 01683 | |

RESPECTFULLY SUBMITTED this 23rd day of April, 2020.

KELLER ROHRBACK L.L.P.

By *s/ Amy Williams-Derry*
   Amy Williams-Derry, WSBA #28711
   Lynn L. Sarko, WSBA #16569
   Gretchen Freeman Cappio, WSBA #29576
   Ian S. Birk, WSBA #31431
   Irene M. Hecht, WSBA #11063
   Maureen Falecki, WSBA #18569
   Nathan L. Nanfelt, WSBA #45273
   1201 Third Avenue, Suite 3200
   Seattle, WA 98101
   Telephone: (206) 623-1900
   Fax: (206) 623-3384
   Email: awilliams-derry@kellerrohrback.com
   Email: ibirk@kellerrohrback.com
   Email: lsarko@kellerrohrback.com

Email: gcappio@kellerrohrback.com
Email: ihecht@kellerrohrback.com
Email: nnanfelt@kellerrohrback.com

Alison Chase, #226976
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Fax: (805) 456-1497
Email: achase@kellerrohrback.com

***Attorneys for Plaintiffs Mikkelson, Fox, Nguyen, Stan's Bar B-Q LLC, and Marler***