**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE:  COVID-19 BUSINESS | ) | |
| INTERRUPTION PROTECTION | ) | **MDL No. 2942** |
| INSURANCE LITIGATION | ) | |
| _____ | ) | |

## <u>MOTION FOR EXTENSION OF TIME</u>

Pursuant to Rule 6.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Panel"), the undersigned Defendants respectfully submit this Application for a three (3) week Extension of Time to file Notices of Appearance, Corporate Disclosure Statements and to oppose Plaintiff's Initial Motion to Transfer (Dkt.1) and Second Motion to Transfer (Dkt. 4) (collectively, the "Motion").

The bases for the request are as follows:

1.　　On April 21, 2020, the Panel set the following briefing schedule:  Notices of Appearance due on or before May 5, 2020; Corporate Disclosure Statements due on or before May 5, 2020; Consolidated Responses due on or before May 12, 2020; and Reply, if any, due on or before May 19, 2020.

2.　　On May 1, 2020, certain Plaintiffs made a request for expedited consideration of the Motion by asking that the Panel hear the Motion at a hearing scheduled for May 28, 2020.

3.　　On May 4, 2020, the Panel denied that request for expedited consideration, stating that "[t]he Panel considers all motions in due course and is not persuaded to depart from its long-standing practice."

4.　　The next hearing before the Panel is July 30, 2020, at which time the Motion will be heard.

5.      Under the circumstances, the undersigned Defendants ask for the following Extensions of Time: Notices of Appearance - no later than May 26; Corporate Disclosure Statements - no later than May 26; all Responses - no later than June 5, 2020, and Reply, if any, on or before June 15.  All briefing on the Motion will have been completed six weeks before the July 30, 2020 hearing.

6.      The basis for the instant motion for an extension of time is set forth immediately below.

7.      Many of the Defendants in the actions for which consolidation is requested did not receive notice of the Motion until just recently.  They need additional time to prepare their Notices of Appearance, Corporate Disclosure Statements and Consolidated Responses in opposition to the Motion.

8.      Over the last few days, additional underlying coverage actions with new and different Defendants have been referred to the Panel for proposed consolidation.  As a consequence, these additional Defendants are impacted as new actions are referred to the Panel.

9.      Various Defendants have not been served in various actions for which MDL consolidation is sought.

10.     Under these circumstances, Defendants and impacted parties need additional time to analyze and evaluate the Motion.

11.     This three (3) week extension of dates will not result in any prejudice:

a.  The Motion is to be heard by the Panel at the July 30, 2020 hearing.

b.  The time for any Reply has been extended.

c.  All briefing will have been completed more than six weeks before the July 30, 2020 hearing.

WHEREFORE, the undersigned Defendants respectfully request that the Judicial Panel on Multidistrict Litigation grant the requested extensions of time to file their Notices of Appearance, Corporate Disclosure Statements and Responses and the Reply to the Motion.

DATED:  May 5, 2020

Respectfully submitted,

By:   /s/ Paul R. Koepff

Paul R. Koepff, Esq.
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Ave., Fl. 16
New York, New York 10174
Tel: 212-710-3945
Mobile: 917-294-6471
Paul.Koepff@clydeco.us

*Attorneys for Allianz Global Risks US Insurance Company, AGCS Marine Insurance Company, Allianz Underwriters Insurance Company, Fireman's Fund Insurance Company, American Automobile Insurance Company, Associated Indemnity Corporation, Chicago Insurance Company, Interstate Fire & Casualty Company, Fireman's Fund Indemnity Corporation, National Surety Corporation, The American Insurance Company, Endurance American Insurance Company, Endurance American Specialty Insurance Company, Endurance Assurance Corporation, Endurance Risk Solutions Assurance Co., Sompo America Insurance Company, Sompo America Fire & Marine Insurance Company, Catlin Insurance Company, Inc., Catlin Insurance Services, Inc., Catlin Indemnity Company, Catlin Specialty Insurance Company, Greenwich Insurance Company, Indian Harbor Insurance Company, T.H.E. Insurance Company, XL Insurance America, Inc., XL Specialty Insurance Company, AXA*

*Insurance Company, Lloyd's of London, Syndicate 2003*

By:   /s/ Antonia Ianniello_____

Antonia Ianniello, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Tel:  202-429-8087
aianniello@steptoe.com

*Attorneys for Admiral Indemnity Company*

By:   /s/ Laura Foggan_____

Laura Foggan, Esq.
Crowell & Moring
1001 Pennsylvania Avenue NW
Washington DC 20004-2595
Tel: 202.624.2774
lfoggan@crowell.com

*Attorneys for Society Insurance*

By:   */s/ Lori McAllister____*

Lori McAllister (P39501)
DYKEMA GOSSETT PLLC
Attorney for Defendants Auto-Owners Insurance Company and Owners Insurance Company
201 Townsend St., Ste. 900
Lansing, MI 48933
(517) 374-9150
lmcallister@dykema.com

4

By:   /s/ Lind Stapley

      Lind Stapley, Esq.
      SOHA & LANG
      1325 4th Avenue
      Seattle, WA 98101
      Tel:  206 654 1686
      stapley@sohalang.com

      *Attorneys for Oregon Mutual Insurance Company*


By:   /s/ Sarah D. Gordon

      Sarah D. Gordon, Esq.
      Steptoe & Johnson LLP
      1330 Connecticut Avenue, NW
      Washington, DC 20036
      Tel:  202 429 8005
      Fax:  202 429 3902
      Sgordon@steptoe.com

      *Attorneys for The Hartford Financial Services Group Inc., Hartford Fire Insurance Company, Ltd., Sentinel Insurance Company, Ltd., Hartford Casualty Insurance Company, Hartford Underwriters Insurance Company*


By:   /s/ Dennis Dolan

      Dennis Dolan, Esq.
      Litchfield Cavo
      303 West Madison Street
      Chicago, IL  60606
      Tel:  312 781 6641
      Dolan@LitchfieldCavo.com

      *Attorneys for The Cincinnati Insurance Company, The Cincinnati Casualty Company, Cincinnati Financial Corporation and The Cincinnati Indemnity Company*

By:    /s/ Paul L. Fields, Jr.          

Paul L. Fields, Jr., Esq.
FIELDS HOWELL
1180 W. Peachtree Street, Suite 1600
Atlanta, GA 30309
Tel: 404-214-1250
pfields@fieldshowell.com

*Attorneys for Certain Underwriters at Lloyd's, London Known as Syndicates HIS 33, AFB 263, MSP 318, HDU 382, KLN 510, SAM 727, TAL 1183, AMA 1200, AXS 1686, DUW 1729, ACS 1856, QBE 1886, WRB 1967, APL 1969, AML 2001, XLC 2003, NVA 2007, MMX 2010, CHN 2015, ARG 2121, NEO 2468, AFB 2623, MAP 2791, BRT 2987, BRT 2988, AGR 3268, CNP 4444, TRV 5000, WBC 5886, and PPP 9981; Axis Specialty Europe SE; and HDI Global Specialty SE*

By:    /s/ Patrick Hofer           

Patrick Hofer, Esq.
CLYDE & CO US LLP
1775 Pennsylvania Avenue, NW, Suite 400
Washington, DC 20006
Tel: 202-747-5110
patrick.hofer@clydeco.us

*Attorneys for Zurich American Insurance Company, American Guarantee and Liability Insurance Company, American Zurich Insurance Company, Colonial American Casualty & Surety Company, Empire Fire and Marine Insurance, Company, Empire Indemnity Insurance Company, Fidelity and Deposit Company of Maryland, Hoplite Reinsurance Company of Vermont, Inc., Rural Community Insurance Company, Steadfast Insurance Company, Universal Underwriters Insurance Company, Universal Underwriters of Texas*

6

*Insurance Company , Zurich American*
*Insurance Company of Illinois, and Zurich*
*American Puerto Rico Insurance Company*

By:    /s/ Cari K. Dawson_____
          Cari K. Dawson
          ALSTON & BIRD LLP
          1201 West Peachtree St.
          Atlanta, GA 30309
          Phone: (404)881-7766
          Fax: (404) 253-8567
          Email: cari.dawson@alston.com

*Attorneys for Liberty Mutual Insurance*
*Company, Liberty Mutual Group Inc., West*
*American Insurance Company, and The*
*Ohio Casualty Insurance Company*

By:    /s/ Adam J. Kaiser _____
          Adam J. Kaiser
          Alston & Bird LLP
          90 Park Avenue
          New York, NY 10016
          Tel:  212 210 9465
          Mobile:  646 431 8974
          Adam.kaiser@alston.com

*Attorneys for Erie Insurance Exchange and*
*Erie Insurance Company*