**BEFORE THE**
**UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE:  COVID-19 BUSINESS INTERRUPTION PROTECTION INSURANCE LITIGATION | **MDL DOCKET NO. 2942** |

## JOINDER TO VARIOUS DEFENDANTS' MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendants Travelers Casualty Insurance Company of America, The Charter Oak Fire Insurance Company, The Travelers Indemnity Company of America, and The Travelers Indemnity Company (collectively, the "Travelers Defendants") respectfully join the Application filed by various other defendants for a three-week extension of time to oppose Plaintiff's Motion for Transfer and Coordination or Consolidation Under 28 U.S.C. § 1407 (the "Motion for Transfer"). The Travelers Defendants adopt by reference the arguments set forth in the Application.  The Travelers Defendants require additional time to evaluate the Motion for Transfer because coverage actions against the Travelers Defendants were only recently referred to the Panel for possible multidistrict-litigation consolidation.

Dated:  May 5, 2020

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:  /s/ *Richard J. Doren*
Richard J. Doren, SBN 124666
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520
*rdoren@gibsondunn.com*

Attorney for Defendants Travelers Casualty
Insurance Company of America, The Charter

1

2

Oak Fire Insurance Company, The Travelers Indemnity Company of America, and The Travelers Indemnity Company