**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: CONVID-19 BUSINESS INTERRUPTION PROTECTION INSURANCE LITIGATION | ) ) ) ) ) ) ) )     MDL NO. 2942 |

**CERTIFICATE OF SERVICE**

In Compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on May 5, 2020, I caused **(1) Notice of Appearance of Livia M. Kiser [Dkt. 122] and (2) Corporate Disclosure Statement [Dkt. 125]** to be filed with the Court's CM/ECF system, which sends a service copy to all counsel in the action at their associated email addresses, or as indicated below.

*Tom Underwood*
*Purcell & Wardrope*
*tunderwood@pw-law.com*

Respectfully submitted this 5th day of May, 2020.

King & Spalding LLP

*/s/ Livia M. Kiser*
Livia M. Kiser

King & Spalding LLP
353 N. Clark
Suite 1200
Chicago, IL 60654
Ph: 312-995-6333
Email: lkiser@kslaw.com

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on May 5, 2020, I caused the foregoing **Certificate of Service** to be filed with the Judicial Panel on Multidistrict Litigation's CM/ECF system, which sends a service copy to all registered parties in the action at their associated email addresses.

*/s/ Livia M. Kiser*