**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: COVID-19 BUSINESS INTERRUPTION PROTECTION INSURANCE LITIGATION | MDL DOCKET NO. 2942 |

**PLAINTIFFS DEREK SCOTT WILLIAMS PLLC'S AND DEREK SCOTT WILLIAMS REAL ESTATE LLC'S INTERESTED PARTY RESPONSE IN SUPPORT OF TRANSFER OF RELATED ACTIONS TO THE NORTHERN DISTRICT OF ILLINOIS FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Derek Scott Williams PLLC and Derek Scott Williams Real Estate LLC (collectively, the "Williams Plaintiffs"), plaintiffs in related action *Derek Scott Williams PLLC and Derek Scott Williams Real Estate LLC v. The Cincinnati Ins. Co.*, 1:20-cv-02806 (N.D. Ill.) (filed May 8, 2020), respectfully submit this response in support of Plaintiffs' `Subsequent Motion for Transfer of Actions Pursuant To 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings for centralization in the Northern District of Illinois (ECF 4) ("Subsequent Motion"). For all the reasons detailed in the Subsequent Motion, as well as other submissions to the Panel, the Related Actions easily meet the criteria for centralization under 28 U.S.C. §1407 for coordinated or consolidated pretrial proceedings.

As is also detailed in the Subsequent Motion, the centrally-located Northern District of Illinois is the ideal forum for this nationwide proceeding. No district is the center of gravity, and Chicago would be more convenient for parties on both coasts than would any coastal district. Moreover, in the last week, State Farm Mutual Automobile Insurance Company, a major insurer with its headquarters in Illinois, was named for the first time in a Related Action. *See Royal Palm Optical, Inc. v. State Farm Mutual Automobile Insurance Company*, Case No. 9:20-cv-80749 (S.D. Fla.) (filed on May 5, 2020).

Now, even more than upon the filing of the Subsequent Motion, the Honorable Matthew F. Kennelly of the Northern District of Illinois, a highly experienced and capable jurist, is ideally suited to preside over this litigation. In recent weeks, two related actions, *PGB Rest. v. Erie Ins. Co.*, No. 1:20-cv-02403 (N.D. Ill.), and the above-referenced Williams Plaintiffs' action, have been assigned to Judge Kennelly. Moreover, additional filings against additional defendants across the nation have made this proceeding more complex. Judge Kennelly's experience in sitting on this Panel, and overseeing *In re Testosterone Replacement Therapy Prods. Liab. Litig.*, MDL No. 2545, are now even more compelling reasons why he is eminently qualified.

For all of these reasons, the Williams Plaintiffs respectfully request that the Panel transfer and coordinate or consolidate the related actions in the Northern District of Illinois.

Dated: May 12, 2020						Respectfully submitted,

                                                /s/ Linda P. Nussbaum
Linda P. Nussbaum
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-8718
(917) 438-9102
lnussbaum@nussbaumpc.com

*Counsel for Plaintiffs Derek Scott Williams PLLC and Derek Scott Williams Real Estate LLC*

2