**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: COVID-19 BUSINESS INTERRUPTION PROTECTION INSURANCE LITIGATION** | **MDL No. 2942** |

**INTERESTED PARTY RESPONSE IN SUPPORT OF TRANSFER
OF ACTIONS PURSUANT TO 28 U.S.C. § 1407 FOR
COORDINATED OR CONSOLIDATED PRETRIAL
PROCEEDINGS**

Pursuant to 28 U.S.C. § 1407 and Rule 6.2(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiffs O'Brien Sales and Marketing, Inc. and Image Dental, LLC (collectively, "*O'Brien* Plaintiffs")[1] respectfully submit this interested party response brief in support of transfer and coordination pursuant to 28 U.S.C. § 1407.

*O'Brien* Plaintiffs support centralization and transfer of actions that allege persons and businesses were wrongfully denied coverage under their insurance policies due to the COVID-19 pandemic (the "Actions"). The Actions concern many common questions of law and fact arising from insurance coverage of the COVID-19 pandemic.

*O'Brien* Plaintiffs support centralization before the Hon. Matthew F. Kennelly of the United States District Court for the Northern District of Illinois.

**I.    BACKGROUND**

The COVID-19 pandemic is national in scope, and the insurance coverage disputes

---

[1] *O'Brien v. Transportation Ins. Co.*, Case No. 3:20-cv-02951-KAW (N.D. Cal. April 29, 2020); *Image Dental, LLC v. Citizens Insurance Company of America*, Case No. 1:20-cv-02759 (N.D. Ill. May 6, 2020).

arising from this disease touch businesses across the nation. Civil authorities throughout the United States have issued orders suspending or limiting normal business operations that impact tens of thousands of businesses (the "Closure Orders"). Bars and restaurants in forty-nine states were shut down or restricted by the Closure Orders, and ever state has enacted some emergency measure in response to SARS-CoV-2, the virus that causes COVID-19.[2] Small, family-owned businesses have been devasted, as Closure Orders have required the closure of "non-essential" businesses, many of which rely on foot traffic and physical storefronts to generate business.[3]

Most property insurance contracts provide for coverage for business interruption, including "civil authority" coverage that is triggered by government closure orders. Insurance companies have taken the position that, due to supposed costs, losses due to COVID-19 are "uninsurable," regardless of the terms of insurance contracts.[4] Businesses have paid billions of dollars in premiums for insurance coverage that, when they are needed the most, has been denied wholesale. It is difficult to overstate the extent to which there is an overriding national interest that compels the expeditious and efficient resolution of coverage disputes.

There are currently several competing petitions pending before the Panel, seeking centralization in the United States District Court for the Norther District of Illinois; the Eastern District of Pennsylvania; and the Southern District of Florida.[5]

Plaintiff O'Brien Sales and Marketing, Inc. filed a class action complaint in the United States District Court for the Northern District of California on April 29, 2020. *O'Brien* Plaintiff seeks to represent a class of Transportation Insurance Company

---

[2] https://www.nytimes.com/interactive/2020/us/states-reopen-map-coronavirus.html
[3] https://www.latimes.com/business/story/2020-03-20/coronavirus-nonessential-business-closures
[4] https://www.rollcall.com/2020/04/08/in-letter-to-lawmakers-insurers-say-pandemic-cost-is-too-great/
[5] *See* ECF Nos. 1 (seeking transfer to the Eastern District of Pennsylvania); 4-1 (seeking transfer to the Northern District of Illinois); 9 (seeking transfer to the Southern District of Florida).

policyholders relating to coverage for losses related to COVID-19. Plaintiff Image Dental, LLC filed a class action complaint in the United States District Court for the Northern District of Illinois on May 6, 2020. *Image Dental* Plaintiff seeks to represent a class of Citizens Insurance Company of America policy holders.

II.    **ARGUMENT**

A.    Centralization is Appropriate Due to Common Issues Relating to COVID-19.

"When civil actions involving one or more common questions of fact are pending in different districts, such actions may be transferred to any district for coordinated or consolidated pretrial proceedings." 28 U.S.C. § 1407. The Panel determines the need for transfer and centralization when "such proceedings will be for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions." Transfer is appropriate when actions pending in different judicial districts involve similar questions of fact such that coordinating or consolidating pretrial proceedings would "promote the just and efficient conduct of such actions." *Id.*

This panel has centralized other disputes concerning insurance coverage. *See In re Peanut Crop Ins. Litig.*, 342 F. Supp. 2d 1353, 1354 (J.P.M.L. 2004) ("Plaintiff peanut farmers in each action allege that common defendants on or after May 13, 2002, unlawfully and unilaterally imposed modifications to the Multiple Peril Crop Insurance Policy for Year 2002, which changed the plaintiff farmers' insurance coverage by reducing it from $ .31 to $ .1775 per pound of peanuts."). Centralization of litigation concerning insurance coverage and recovery is appropriate because of the widespread use of form contracts presents many common legal and factual questions. *See In re: Portfolio Recovery Assocs., LLC, Tel. Consumer Prot. Act Litig.*, 846 F. Supp. 2d 1380, 1381 (J.P.M.L. 2011) ("[C]entralization will promote efficient conduct of the litigation by preventing duplicative discovery into Portfolio's policies and practices as to its calling procedures.").

*O'Brien* Plaintiffs agree with plaintiffs who have observed that the standardized

nature of the insurance policies in question, and the common facts relating to the COVID-19 pandemic and issuance of the Closure Orders, meet the standards this Panel has set for centralization.[6] The scale and scope of the COVID-19 pandemic demands a coordinated structure for litigating common questions.

Centralization is appropriate here even if the proceedings eventually develop evidence of Closure Orders having different impacts in certain areas. *See In re Capital One Tel. Consumer Prot. Act Litig.*, 908 F. Supp. 2d 1366, 1367 (J.P.M.L. 2012) ("Once discovery and other pretrial proceedings related to those common issues have been completed, the transferee judge may conclude that issues unique to one or more of the centralized actions counsel in favor of returning those actions to their transferor courts.").

Even if some of the policies at issue in the Actions differ, or if the theories of coverage may be distinct, "Section 1407 does not require a complete identity or even a majority of common factual or legal issues as a prerequisite to transfer." *In re: Darvocet*, 939 F. Supp. 2d 1376, 1377 (J.P.M.L. 2013). This Panel recently addressed similar considerations in the *Opioids* ligation, centralized the litigation notwithstanding the large number of defendants

> The parties opposing transfer stress the uniqueness of the claims they bring (or the claims that are brought against them), and they argue that that centralization of so many diverse claims against manufacturers and distributors will lead to inefficiencies that could slow the progress of all cases. While we appreciate these arguments, we are not persuaded by them. All of the actions can be expected to implicate common fact questions as to the allegedly improper marketing and widespread diversion of prescription opiates into states, counties and cities across the nation, and discovery likely will be voluminous. Although individualized factual issues may arise in each action, such issues do not — especially at this early stage of litigation — negate the efficiencies to be gained by centralization.

*In re Nat'l Prescription Opiate Litig.*, 290 F. Supp. 3d 1375, 1378-1379 (J.P.M.L. 2017).

---

[6] See ECF No. 4-1 (Plaintiffs' Brief In Support of Their Subsequent Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings), at 5-9.

The same can be said here with respect to the core issues of how the COVID-19 pandemic developed, and the fundamental questions of how it impacts common coverage issues with respect to business loss insurance.

B.      Centralization in Chicago Is a Natural Geographic Fit.

Where, as here, cases are scattered across the United States Chicago is the logical choice for centralization. *See Capital One*, *supra*, 908 F. Supp. 2d at 1368 ("the subject actions (both constituent and potential tag-along) are scattered throughout the country, and the Northern District of Illinois offers a relatively central and convenient forum for the involved parties and counsel.").

Centralization in Chicago is preferable to Plaintiff O'Brien Sales and Marketing, Inc. and other west coast plaintiffs, for whom travel to the Eastern District of Pennsylvania, or the Southern District of Florida, is more burdensome. Chicago's O'Hara airport is the number one airport in the United States measured by domestic connections; Philadelphia and Miami do not rank in the top ten.[7]

*O'Brien* Plaintiffs also agree that the cases should be assigned to the Hon. Matthew F. Kennelly, who has guided MDL No. 2545,  *In re: Testosterone Replacement Therapy Products Liability Litigation* as well as MDL No. 1997, *In re Text Messaging Antitrust Litig.* The Panel may consider the experience of potential jurists in making transfer orders. *See Capital One*, *supra*, 908 F. Supp. 2d at 1368 ("Finally, the Honorable James F. Holderman, Jr., to whom we assign this MDL, is a veteran transferee judge who has the experience to guide this litigation on a course that is both prudent and expeditious.").

Respectfully Submitted,

Dated: May 12, 2020

                                        **SCHNEIDER WALLACE COTTRELL**

---

[7] https://www.oag.com/oag-megahubs-2019. The "Megahubs" methodology considers "the highest ratio of possible scheduled connections to the number of destinations served by that airport."

**KONECKY LLP**

*/s/ Peter B. Schneider*
Todd M. Schneider (SBN 158253)
Joshua G. Konecky (SBN 182897)
Matthew S. Weiler (SBN 236052)
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
tschneider@schneiderwallace.com
jkonekcy@schneiderwallace.com
mweiler@schneiderwallace.com

Peter B. Schneider
Edward R. Batten
Ryan R. Hicks
3700 Buffalo Speedway, Suite 960
Houston, Texas 77098
Telephone: (713) 338-2560
Facsimile: (415) 421-7105
pschneider@schneiderwallace.com
ebatten@schneiderwallace.com
rhicks@schneiderwallace.com

## CERTIFICATE OF SERVICE

Undersigned counsel represents that the attached document is being served via the

CM/ECF system and/or electronic mail (or via U.S. Mail as indicated) on the following

parties:

Harley S. Tropin, Esq.
Kozyak Tropin & Throckmorton LLP
2525 Ponce De Leon Blvd., 9th Floor
Coral Gables, FL 33134
**hstkttlaw.com**
Counsel for El Novillo Restaurant d/b/a/ DJJ Restaurant Corp. and El Novillo Restaurant d/b/a
Triad Restaurant Corp.
S.D. Fla. Case No. 1:20-cv-21525

---

Charles A. Silverman, Esq.
8800 Bronx Avenue # 100=F
Skokie, Illinois 60077
**chsilvlaw@yahoo.com**
Counsel for Sandy Point Dental PC
N.D. Ill. Case No. 1:20-CV-02160

---

Arnold Levin, Esq.
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
**alevin@lfsblaw.com**
Counsel for Newchops Restaurant and LH Dining LLC
E.D. Pa. Case No. 2:20-cv-01949

---

Adam J. Levitt, Esq. DiCello
Levitt Gutzler LLC
10 N. Dearborn Street, 6th Floor
Chicago, IL 60602
**alevitt@dicellolevitt.com**
Counsel for Bridal Expressions LLC; Gio Pizzeria & Bar Hospitality LLC; Gio Pizzeria Boca
LLC; Caribe Restaurant and Nightclub, Inc.; Dakota Ventures LLC
N.D. Ohio Case No. 20-cv-00833
S.D.N.Y. Case No. 1:20-cv-03107
D. Oregon Case No. 3:20-cv-00630
C.D. California 2:20-cv-03570

---

Paul L. Fields, Esq.
Fields Howell, LLP
1180 W. Peachtree Street NE, Suite 1600
Atlanta, GA 30309
**pfields@fieldshowell.com**
Counsel for Certain Underwriters at Lloyd's, London Known as Syndicates HIS 33, MSP 318,
HDU 382, KLN 510, AFB 623, SAM 727, TAL 1183, AMA 1200, AXS 1686, DUW
1729, ACS 1856, QBE 1886, WRB 1967, APL 1969, AML 2001, XLC 2003, NVA
2007, MMX 2010, CHN 2015, ARG 2121, NEO 2468, AFB 2623, MAP
2791, BRT 2987, BRT 2988, AGR 3268, XIS H4202, CNP 4444, TRV 5000, WBC
5886, PPP 9981, Axis Specialty Europe SE, and HDI Global Specialty SE.
S.D. Fla. Case No. 1:20- cv-21745-CMA
S.D.N.Y. Case No. 1:20-cv-03107
S.D. Fla. Case No. 20:21525-cv-UU
S.D. Fla. Case No. 9:20-cv-80677-UU
S.D. Fla. Case No. 1:20-cv-21827-DPG

David Boies, Esq.
333 Main Street
Armonk, NY 10504
**dboies@bsfllp.com**
Counsel for Café International Holding Company, LLC
S.D. Fla. Case No. 20-cv-21641

Michael Kozlowski, Esq.
Esbrook Law LLC
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
**michael.kozlowski@esbrooklaw.com**
Counsel for Billy Goat Tavern West, LLC; Billy Goat VI, Inc.; Billy Goat Tavern I, Inc.; Billy
Goat North II, Inc.; Billy Goat Midwest, LLC; Billy Goat Inn, Inc.
N.D. Ill. Case No. 1:20-cv-02068

Yvette Ostolaza, Esq.
Sidley Austin LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
**yvette.ostolaza@sidley.com**
Counsel for Aspen American Insurance Company
N.D. Texas Case No. 3:20-cv-00948
W.D. Wash. Case No. 3:20-cv-05378
W.D. Wash. Case No. 2:20-cv-00616

P. Ted Colquett
Colquett Law LLC
PO Box 59834
Birmingham, AL 35259
**ted@colquettlaw.com**
Counsel for Wagner Shoes LLC
7:20-cv-00465-GMB

---

Rachel L. Jensen, Esq.
Robbins Geller Rudman & Dowd LLP
655 W. Broadway Street, Suite 1900
San Diego, CA 92101
**rachelj@rgrdlaw.com**
Counsel for Pigment, Inc.
S.D. Cal. Case No. 3:20-cv-00794

---

James E. Cecchi, Esq.
Carella Byrne Cecchi Olstein Brody & Agnello
5 Becker Farm Road
Roseland, NJ 07068
jcecchi@carellabyrne.com
Counsel for Truhaven Enterprises, Inc., SA Hospitality Group, LLC, 1000 Madison Avenue
LLC, Astoria Cakes LLC, Café Focaccia, Inc., Realtek LLC, SA Midtown LLC, Bailey's
Restaurant LLC, SA Special Events, Inc., SASE LLC, Eighty Third And First LLC, 265
Lafayette Ristorante LLC, Felice Gold Street LLC, SA 61st Management LLC, SA York Ave
LLC, SA Third Ave Café LLC, SABF LLC, Felice Chambers LLC, Felice Water Street LLC,
Project Lion LLC, Project M LLC, Project W LLC, Camp 1382 LLC, and N&S Restaurant LLC
S.D.N.Y. Case No. 20-cv-3258
S.D.N.Y. Case No. 20-cv-3336
D. Nev. Case No. 20-768
D.N.J. Case No. 20-5289

---

Michael A. Hawash, Esq.
Hawash Cicack & Gaston LLP
3401 Allen Pkwy., #200
Houston, Tx 77019
**mhawash@hcgllp.com**
Counsel for SCGM, Inc. d/b/a Star Cinema Grill, Hollywood Palms Cinema, District Theater,
and Santa Fare Rest.
S.D. Texas Case No. 4:20-cv-01199

---

John F. O'Connor, Esq.
Antonia B. Iannello, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue NW
Washington DC 20036
**joconnor@steptoe.com**
**aianniello@steptoe.com**
Counsel for Admiralty Indemnity Company
E.D. Pa. Case No. 2:20-cv-1869
E.D. Pa. Case No. 2:20-cv-1949

---

Lind Stapley, Esq.
Soha & Lang
1325 Fourth Avenue, Suite 2000
Seattle, WA 98101
**stapley@sohalang.com**
Counsel for Oregon Mutual Insurance Company
D. Oregon Case No. 3:20-cv-00630HZ

---

Robert S. Schachter, Esq.
Zwerling, Schachter & Zwerling, **LLP**
41 Madison Ave., 32nd Floor
New York, NY 10010
**rschachter@zsz.com**
Counsel for Biltrite Furniture, Inc.
E.D. Wis. Case No. 2:20-cv-00656

---

Livia M. Kiser, Esq.
King & Spalding LLP
353 N. Clark, 12th Floor
Chicago, IL 60654
**lkiser@kslaw.com**
Counsel for Big Onion Tavern Group, LLC; Headquarters Beercade LLC; Machine 1846 LLC;
The New 400 LLC; Harper Theater LLC; Welcome Back LLC; Legacy Hospitality LLC;
Mcbrides Aurora Inc.; Mcbride's Pub Inc.; Mcbride's On 52 Inc.; Homeslyce Is Where The Heart
Is LLC; 3458 Norclark Restaurant LLC; Happy Camper Pizzeria LLC; 1913 Northco LLC N.D.
Ill. Case No. 20-cv-2005.

---

Lori McAllister, Esq.
Dykema Gossett PLLC
210 Townsend St., Ste. 900
Landing, MI 48933

**lmcallister@dykema.com**
Counsel for Owners Insurance Company
N.D. Ohio Case No. 20-cv-00833

---

Stephen J. Herman, Esq.
Herman, Herman & Katz, LLC
820 O'Keefe Avenue New
Orleans, LA 70113
**sherman@hhklawfirm.com**
Counsel for Odyssey Imports; New Orleans Hamburger & Seafood Co.; Station 6 LLC; Scorpio
Rising Inc.; NOLA Group Hotel LLC
W.D. La. Case No. 1:20-cv-00542
E.D. La. Case No. 2:20-cv-01370
E.D. La. Case No. 2:20-cv-01371
E.D. La. Case No. 2:20-cv-01372
E.D. La. Case No. 2:20-cv-01373

---

Douglas A. Daniels, Esq.
Daniels & Tredennick LLP
6363 Woodway Drive, Suite 700
Houston, TX 77057
**doug.daniels@dtlawyers.com**
Counsel for Troy Stacy Enterprises, Inc.
S.D. Ohio 1:20-cv-00312

---

Mark R. Rosen, Esq
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
mrosen@barrack.com
Counsel for Milkboy Center City LLC
E.D. Pa. 2:20-cv-02034
E.D. Pa. 2:20-cv-02026

---

Clay Miller, Esq.
Miller Wesibrod LLP
12750 Merit Drive, Building 7, Suite 110
Dallas, TX 75241
**cmiller@millerweisbrod.com**
Counsel for Boozer-Lindsay PA E.D.
Texas Case Number 5:20-00066

---

Gregory Hudson, Esq.
Cozen O'Connor
1221 McKinney St., Suite 2900
Houston, TX 77010
**ghudson@cozen.com**
Counsel for Certain Underwriters at Lloyds
S.D.Texas Case No. 4:20-cv-01199

---

R. Matt Glover, Esq.
Prince, Glover & Hayes P.C.
701 Rice Mine Road North
Tuscaloosa, AL 35406
**mglover@princelaw.net**
Counsel for Wagner Shoes LLC

---

Andrew N. Friedman, Esq.
Cohen Millstein Sellers & Toll PLLC
1100 New York Avenue
East Tower, Suite 500
Washington, DC 20005
**afriedman@cohenmilstein.com**
Counsel for GCDC LLC (d/b/a GCDC Grilled Cheese Bar)

---

Steven C. Marks, Esq.
Podhurst Orseck PA
One SE 3rd Avenue, Suite 2300
Miami, FL 33131
**smarks@podhurst.com**
Counsel for Atma Beauty
S.D. Fla. Case No. 1:20-cv-21745

---

David Boies, Esq.
333 Main Street,
Armonk, NY 10504
**dboies@bsfllp.com**
Counsel for Café International Holding Company LLC
S.D. Fla. Case No. 20-CV-21641

---

Keith M. Fleischman, Esq.
Fleischman Bonner & Rocco, LLP

81 Main Street, Suite 515
White Plains, NY 10601
**kfleischman@fbrllp.com**
Counsel for Border Chicken AZ LLC
D. Arizona Case No. 20-cv-00785

---

Stuart A. Davidson Esq.
Robbins Geller Rudman & Dowd, LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
**sdavidson@rgrdlaw.com**
Counsel for Kingray Inc.
C.D. Cal. Case No. 5:20-cv-00963

---

W. Mark Lanier, Esq.
The Lanier Law Firm, PC
10940 W. Sam Houston Pkwy N, Suite 100
Houston, TX 77064
**wml@lanierlawfirm.com**
Counsel for Christie Jo Berkseth-Rojas DDS
N.D. Texas Case No. 3:20-cv-00948

---

Robert Nelson, Esq.
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
**rnelson@lchb.com**
Counsel for Nari Suda LLC, Pakin Corp. et al.
N.D. Cal. 3:20-cv-03057

---

Timothy W. Burns, Esq.
Burns Bowen Bair LLP
1 S. Pinckney Street, Suite 930
Madison, WI 53703
**tburns@bbblawllp.com**
Counsel for Rising Dough Inc.
E.D.Wisconsin Case No. 2:20-cv-623

---

Deborah Gross, Esq.
Kaufman Coren & Ress PC
2001 Market Street Suite 3900

Philadelphia, PA 19103
**dgross@kcr-law.com**
Counsel for Big Red Management Corp.; Border Chicken AZ LLC
E.D. Pa. 2:20-cv-02113
D. Arizona Case No. 20-cv-00785

---

Lynn Lincoln Sarko, Esq.
Keller Rohrback L.L.P.
1201 Third Avenue, Ste. 3200
Seattle, WA 98101
**lsarko@kellerrohrback.com**
Counsel for Ronald A. Mikkelson, DDS; Stan's Bar-B-Q LLC; Ryan M. Fox, DDS; Wade K.
Marler, DDS; Kuzi Hsue, DDS, PS; Jeffrey E. Kashner, DDS, MSD; Arnell Prato, DDS, PLLC;
Lina Kim, DDS, P.S.; Mark Germack DDS
W.D. Wash. Case No. 3:20-cv-05378
W.D. Wash. Case No. 2:20-cv-00613
W.D. Wash. Case No. 2:20-cv-00598
W.D. Wash. Case No. 2:20-cv-00616
W.D. Wash. Case No. 2:20-cv-00622
W.D. Wash. Case No. 2:20-cv-00625
W.D. Wash. Case No. 3:20-cv-05402
W.D. Wash. Case No. 2:20-cv-00657
W.D. Wash. Case No. 2:20-cv-00661

---

Gretchen Freeman Cappio, Esq.
Keller Rohrback L.L.P.
1201 Third Avenue, Ste. 3200
Seattle, WA 98101
**gcappio@kellerrohrback.com**
Counsel for Jennifer Nguyen W.D.
Wash Case No. 2:20-cv-00597

---

Amy Williams-Derry, Esq.
Keller Rohrback L.L.P.
1201 Third Avenue, Ste. 3200
Seattle, WA 98101
**awilliams-derry@kellerrohrback.com**
Counsel for Mario D. Chorak
W.D. Wash. Case No. 2:20-cv-00627-JRC

---

Alison Chase, Esq.

Keller Rohrback L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
**achase@kellerrohrback.com**
Counsel for Pacific Endodontics
W.D. Wash. Case No. 2:20-cv-00620-RSM

---

Michael J. Boni, Esq.
Boni Zack & Snyder LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
**mboni@bonizack.com**
Counsel for Food for Thought Caterers Corp.
S.D.N.Y. Case No. 1:20-cv-03418

---

Gordon A. Greenberg
Jason David Strabo
McDermott Will and Emery LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3218
**ggreenberg@mwe.com**
**jstrabo@mwe.com**
Counsel for Topa Insurance Company

---

Margaret H. Warner
McDermott Will and Emery LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001
**mwarner@mwe.com**
Counsel for Topa Insurance Company

---

Guri Ademi
Shpetim Ademi
John D. Blythin
Ademi & O'Reilly LLP
3620 E. Layton Ave Cudahy, WI
53110 **gademi@ademilaw.com**
**sademi@ademilaw.com**
**jblythin@ademilaw.com** Counsel
for Biltrite Furniture Inc.

Armando Pedro Rubio
Fields Howell
Dadeland Centre I
9155 South Dadeland Boulevard, Suite 1012
Miami, FL 33156
**arubio@fieldshowell.com**
Counsel for Certain Underwriters at Lloyd's London

Ben Barnow, Esq.
Barnow and Associates, P.C.
205 West Randolph St., Ste. 1630
Chicago, IL 60606
**b.barnow@barnowlaw.com**
Counsel for Roscoe Same LLC, Big & Little's Lakeview LLC, Big & Little's Empire LLC
N.D. Illinois Case No. 1:20-cv-02641

Adam J. Kaiser, Esq.
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
**kaiser@alston.com**
Counsel for Erie Insurance Exchange
E.D. Pa. 2:20-cv-01973

Jonathan L. Schwartz
Goldberg Segalla LLP
222 W. Adams St., Suite 2250
Chicago, IL 60606-5312
**jschwartz@goldbergsegalla.com**
Counsel for FCCI Insurance Co.
W.D. Tex. 1:20-cv-00425

April Ross, Esq. Crowell
& Moring LLP
1001 Pennsylvania Avenue NW
Washington DC 20004
**aross@crowell.com**
Counsel for Society Insurance Co.
N.D. Ill. 1:2-cv-02068

N.D. Ill 1:20-cv-02005
E.D. Wis. 2:20-cv-00623

---

Mark D. Tinker, Esq.
Cole, Scott & Kissane, P.A.
4301 W. Boy Scout Blvd., Ste. 400
Tampa, FL 33607
**mark.tinker@csklegal.com**
Counsel for DTW1991 Underwriting Limited

---

Cari K. Dawson, Esq.
Alston & Bird LLP
1201 West Peachtree St.
Atlanta, GA 30309
**cari.dawson@alston.com**
Counsel for Liberty Mutual Ins. Co.; Liberty Mutual Group Inc.; West American Ins. Co.; Ohio
Casualty Ins. Co.
W.D. Wash. 2:20-cv-00620
E.D. Pa. 2:20-cv-02029
E.D. Wis. 2:20-cv-00656

---

Sarah D. Gordon, Esq.
Steptoe & Johnson, LLP
1330 Connecticut Avenue NW
Washington, DC 20036
**sgordon@steptoe.com**
Counsel for Hartford Financial Services Corp.
S.D.N.Y. 1:20-cv-03258

---

Richard J. Doren, Esq.
Gibson Doren & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
**rdoren@gibsondunn.com**
Counsel for Travelers Casualty Insurance Company of America; Charter Oak Fire Ins. Co.;
Travelers Indemnity Co. of America; Travelers Indemnity Co.
W.D. Wash. Case No. 2:20-cv-00597
W.D. Wash. Case No. 2:20-cv-0059
W.D. Wash. Case No. 2:20-cv-00613
W.D. Wash. Case No. 2:20-cv-00622
W.D. Wash. Case No. 2:20-cv-00625

N.D. Tex. Case No. 3:20-cv-01034
S.D. Tex. Case No. 4:20-cv-01478
W.D. La. Case No. 1:20-cv-00542

---

Matthew R. McCarley, Esq.
Fears Nachawati, PPLC
5473 Blair Rd. Dallas, TX
75206
**mccarley@fnlawfirm.com**
Counsel for Salum Restaurant LTD; Frosch Holdco; Frosch International Travel LLC; FT Travel Inc.
N.D. Tex. Case No. 3:20-cv-01034
S.D. Tex. Case No. 4:20-cv-01478

---

Paul G. Roche, Esq.
Litchfield Cavo LLP
82 Hopmeadow Street, Suite 210
Simsbury CT 06089
**roche@litchfieldcavo.com**
Counsel for Cincinnati Ins. Co.; Cincinnati Casualty Co.; Cincinnati Indemnity Co.; Cincinnati Financial Corp.
S.D. Ohio Case No. 1:2020-cv-00312
E.D. Penn. Case No. 2:2020-cv-02036
W.D. Mo. Case No. 4:20-cv-00330
E.D. Pa  Case No. 2:20-cv-02021
D. Kan. Case No. 2:20-cv-02211
W.D. Mo. Case No. 6:20-cv-03127
N.D. Ill. Case No. 1:20-cv-02160
W.D. Mich. Case No. 1:20-cv-00374

---

Daniel Petrocelli, Esq.
O'Melveny & Myers, LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
**dpetrocelli@omm.com**
Counsel for Westchester Surplus Lines Insurance Co.; Indemnity Insurance Co. of North America
S.D. Fla. Case No. 1:20-cv-21641
D.N.J. Case No. 2:20-cv-04586

---

Yvette Ostolaza, Esq.
Sidley Austin

2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
**yvette.ostolaza@sidley.com**
Counsel for Aspen American Ins. Co.
N.D. Tex. Case No. 3:20-cv-00948
W.D. Wash. 3:20-cv-05278
W.D. Wash. 2:20-CV-00616

_____

Transportation Insurance Company (VIA U.S. MAIL)
C T Corporation System
818 West Seventh Street
Suite 930
Los Angeles, California 90017
N.D. Cal. Case No. 20-cv-02951

Citizens Insurance Company of America (VIA U.S. MAIL)
808 N Highlander Way
Howell, MI, 48843-1076
N.D. Ill. Case No. 20-cv-02759

_____

Dated: May 12, 2020

SCHNEIDER WALLACE COTTRELL
KONECKY LLP

_/s/ Peter B. Schneider_____
Todd M. Schneider (SBN 158253)
Joshua G. Konecky (SBN 182897)
Matthew S. Weiler (SBN 236052)
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
tschneider@schneiderwallace.com
jkonekcy@schneiderwallace.com
mweiler@schneiderwallace.com

Peter B. Schneider
Edward R. Batten
Ryan R. Hicks
3700 Buffalo Speedway, Suite 960
Houston, Texas 77098

Telephone: (713) 338-2560
Facsimile: (415) 421-7105
pschneider@schneiderwallace.com
ebatten@schneiderwallace.com
rhicks@schneiderwallace.com