BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: COVID-19 Business Interruption Protection Insurance Litigation | MDL No. 2942 |

## NOTICE OF RELATED ACTIONS

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"), undersigned counsel notifies the Clerk of the JPML of the following related actions that were filed after the initial motion to transfer in this case:

1. *Sidkoff, Pincus & Green PC v. Sentinel Insurance Company, Limited*, Eastern District of Pennsylvania, Case No. 2:20-cv-02083 (filed April 30, 2020).

2. *Slate Hill Daycare Center, Inc. v. Utica National Insurance Group*, Southern District of New York, Case No. 7:20-cv-03565 (filed May 7, 2020).

3. *M. Ilhan Uzel, DMS, DSC, d/b/a Mercer Center For Implants and Periodontics at Princeton v. The Hanover Insurance Group, Inc. d/b/a The Hanover, And Citizens Insurance Company Of America*, District of New Jersey (Trenton Vicinage), Case No. 3:20-cv-05778 (filed May 11, 2020).

4. *Laser Spa of Rochester, LLC, doing business as Spitale Laser Spa Salon v. Erie Insurance Company*, Western District of New York (Rochester), Case No. 6:20-cv-06308 (filed May 12, 2020).

5. *Ambulatory Care Center, PA v. Sentinel Insurance Company, Limited*, District of New Jersey (Camden), Case No. 1:20-cv-05837 (filed May 13, 2020).

6. *Southern Dental Birmingham, LLC v. The Cincinnati Insurance Company,* Northern District of Alabama (Southern), Case No. 2:20-cv-0681 (filed May 14, 2020).

A Schedule of Actions is attached to this Notice as Exhibit A. Copies of the docket sheet and complaints of each of the related actions are attached as Exhibits B1 through B6 to this Notice. The complaints share common questions of fact and law and are premised on the same core issues as the other actions pending before the Panel and are "Related Actions" for purposes of these proceedings.

Dated: May 18, 2020				Respectfully submitted,


				/s/ *Arnold Levin*
				Arnold Levin, Esquire
				Frederick S. Longer, Esquire
				Daniel C. Levin, Esquire
				Keith J. Verrier, Esquire
				**LEVIN SEDRAN & BERMAN LLP**
				510 Walnut Street, Suite 500
				Philadelphia, PA 19106-3697
				Telephone: (215) 592-1500
				Facsimile: (215) 592-4663
				Email: alevin@lfblaw.com
				Email: flonger@lfsblaw.com
				Email: dlevin@lfsblaw.com
				Email: kverrier@lfsblaw.com

				Richard M. Golomb, Esquire
				Kenneth J. Grunfeld, Esquire
				**GOLOMB & HONIK, P.C.**
				1835 Market Street, Suite 2900
				Philadelphia, PA 19103
				Telephone: (215) 346-7338
				Facsimile: (215) 985-4169
				Email: rgolomb@GolombHonik.Com
				Email: KGrunfeld@GolombHonik.Com

W. Daniel "Dee" Miles, III
Rachel N. Boyd
Paul W. Evans
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
P.O. Box 4160
Montgomery, AL 36103
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
Email:  Dee.Miles@BeasleyAllen.com
Email:  Rachel.Boyd@BeasleyAllen.com
Email:  Paul.Evans@BeasleyAllen.com

*Attorneys for Plaintiffs*