**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: COVID-19 BUSINESS INTERRUPTION PROTECTION INSURANCE LITIGATION | MDL DOCKET NO. 2942 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Notice is hereby given that the appearance of Richard J. Doren for Defendants Travelers Casualty Insurance Company of America, The Charter Oak Fire Insurance Company, The Travelers Indemnity Company of America, and The Travelers Indemnity Company, is withdrawn in the above-referenced matter regarding the cases listed in the attached Schedule of Actions.

Dated: May 18, 2020

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Richard J. Doren*
Richard J. Doren, SBN 124666
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520
*rdoren@gibsondunn.com*

Attorney for Defendants Travelers Casualty Insurance Company of America, The Charter Oak Fire Insurance Company, The Travelers Indemnity Company of America, and The Travelers Indemnity Company

1