**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

IN RE: COVID-19 BUSINESS          )
INTERRUPTION PROTECTION          )
INSURANCE LITIGATION              )          MDL Docket No. 2942
                                  )
                                  )

**NOTICE OF RELATED ACTIONS**

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on

Multidistrict Litigation ("JPML"), the undersigned counsel hereby notifies the Clerk of the

JPML of the following related actions:

| Case Name | Civil Action No. | Court | Judge |
|---|---|---|---|
| *Promotional Headwear Int'l v. The Cincinnati Insurance Company* | 20-cv-2211 | U.S.D.C. for the District of Kansas – Kansas City | Julie A. Robinson |
| *Blue Springs Dental Care LLC, Green Hills Dental KC LLC, Highland Dental Clinic LLC, and Kearney Dental LLC v. Owners Insurance Company* | 4:20-cv-00383 | U.S.D.C. Western District of Missouri – Kansas City | Stephen R. Bough |
| *Club 31 Sports Bar & Lounge, LLC a/k/a Club 31 Sports Bar & Grill v. Mesa Underwriters Specialty Insurance Company* | 4:20-cv-00397 | U.S.D.C. Western District of Missouri – Kansas City | Brian C. Wimes |

The Schedule of Actions contains the full list of parties in these actions and is attached as

Exhibit 1.  Copies of the docket sheets and complaints are attached as Exhibits 2, 3, and 4.

Date: May 26, 2020                    Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

*s/ Patrick J. Stueve*
Patrick J. Stueve, MO #37682
Bradley T. Wilders, MO #60444
Curtis Shank, MO #66221
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:     816-714-7100
Facsimile:     816-714-7101
Email:          stueve@stuevesiegel.com
Email:          wilders@stuevesiegel.com
Email:          shank@stuevesiegel.com

**LANGDON & EMISON LLC**

J. Kent Emison, MO #29721
911 Main Street
PO Box 220
Lexington, Missouri 64067
Phone: (660) 259-6175
Fax: (660) 259-4571
kent@lelaw.com

**MILLER SCHIRGER LLC**

John J. Schirger, MO # 60583
Matthew W. Lytle, MO #59145
Joseph M. Feierabend, MO #62563
4520 Main Street, Suite 1570
Kansas City, MO 64111
Telephone: (816) 561-6500
Facsimile:   (816) 561-6501
jschirger@millerschirger.com
mlytle@millerschirger.com
jfeierabend@millerschirger.com

**SHAFFER LOMBARDO SHURIN, P.C.**

Richard F. Lombardo, MO #29478
Dawn M. Parsons, MO #42046
Michael F. Barzee, MO #65764
Rachael D. Longhofer, MO #71402
2001 Wyandotte Street
Kansas City, MO 64108
816-931-0500
816-931-5775 (Fax)
rlombardo@sls-law.com
dparsons@sls-law.com
mbarzee@sls-law.com
rlonghofer@sls-law.com

*Attorneys for Plaintiff and the Proposed Classes*