BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: COVID-19 BUSINESS INTERRUPTION PROTECTION INSURANCE LITIGATION | MDL No. 2942 |

**<u>Federal Insurance Company's Notice of Dismissal of Potential Tag-Along Action (Dkt. 336)</u>**

Federal Insurance Company hereby gives notice, pursuant to Rule 6.1(f) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, of Plaintiffs' voluntary dismissal of the potential tag-along action *Simon Wiesenthal Center, Inc. and Moriah Films v. Chubb Group of Insurance Companies/Federal Insurance Company*, Case No. 2:20-cv-03890-ODW-JEM (C.D. Cal.), assigned to Judge Otis D. Wright II (*see* Dkt. 336). Plaintiffs' notice of voluntary dismissal is attached as Exhibit A.

Dated: June 2, 2020

O'MELVENY & MYERS LLP
DANIEL M. PETROCELLI
RICHARD B. GOETZ
AMY J. LAURENDEAU
ZOHEB P. NOORANI


By: /s/ Daniel M. Petrocelli
    Daniel M. Petrocelli
    O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 8th Floor
    Los Angeles, CA 90067
    Telephone: (310) 553-6700
    Facsimile: (310) 246-6779
    dpetrocelli@omm.com


    Richard B. Goetz
    Amy J. Laurendeau
    Zoheb P. Noorani
    O'MELVENY & MYERS LLP
    400 South Hope Street, 18th Floor
    Los Angeles, CA 90071
    Telephone: (213) 430-6000
    Facsimile: (213) 430-6407
    rgoetz@omm.com
    alaurendeau@omm.com
    znoorani@omm.com


*Attorneys for* FEDERAL INSURANCE COMPANY

# EXHIBIT A

| | |
|---|---|
| 1 | John W. Houghtaling, II, LA State Bar No. 25099 |
| | john@gmhatlaw.com |
| 2 | Kevin R. Sloan, LA State Bar No. 34093 |
| | kevin@gmhatlaw.com |
| 3 | Jennifer Perez, LA State Bar No. 38370 |
| | jennifer@gmhatlaw.com |
| 4 | **GAUTHIER MURPHY & HOUGHTALING LLC** |
| | 3500 North Hullen Street |
| 5 | Metairie, Louisiana 70002 |
| | Telephone: (504) 456-8600 |
| 6 | Facsimile: (504) 456-8624 |
| 7 | Larry C. Russ, State Bar No. 082760 |
| | lruss@raklaw.com |
| 8 | Nathan D. Meyer, State Bar No. 239850 |
| | nmeyer@raklaw.com |
| 9 | Justin E. Maio, State Bar No. 304428 |
| | jmaio@raklaw.com |
| 10 | **RUSS, AUGUST & KABAT** |
| | 12424 Wilshire Boulevard, 12th Floor |
| 11 | Los Angeles, California 90025 |
| | Telephone: 310-826-7474 |
| 12 | Facsimile: 310-826-6991 |
| 13 | Attorneys for Plaintiffs |
| | Simon Wiesenthal Center, Inc. and Moriah Films |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON WIESENTHAL CENTER, INC. and MORIAH FILMS, | Case No. 2:20-cv-03890-ODW-JEM |
| Plaintiff, | [Assigned to The Honorable Otis D. Wright, II, Crtrm 5D, 5th Flr.] |
| vs. | **PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(a)(1)(A)(i)** |
| CHUBB GROUP OF INSURANCE COMPANIES/FEDERAL INSURANCE COMPANY and DOES 1-20, | |
| Defendant. | Original Complaint Filed: April 29, 2020 |

---

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P. RULE 41(a)(1)(A)(i)**

**PLAINTIFFS' NOTICE OF DISMISSAL
PURSUANT TO RULE 41(a)(1)(A)(i)**

Plaintiffs file this Notice of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant Chubb Group of Insurance Companies/Federal Insurance Company has not served an answer or a motion for summary judgment.

The Plaintiffs voluntarily dismiss the present action without prejudice to give Plaintiffs and Defendant the option and time to attempt an amicable resolution of the claim. This dismissal without prejudice is a consequence of a Defendant's adjuster contacting undersigned counsel for Plaintiffs after the filing this action to indicate that Defendant was requesting that the Plaintiffs provide additional information to justify the claim and that Defendant had yet to conclude its claim investigation. The Plaintiffs reserve all rights of action.

DATED: June 1, 2020

**RUSS, AUGUST & KABAT**
Larry C. Russ
Nathan D. Meyer
Justin E. Maio

By: /s/ *Larry C. Russ*
Larry C. Russ
Attorneys for Plaintiffs
*Simon Wiesenthal Center, Inc.
and Moriah Films*

1

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P. RULE 41(a)(1)(A)(i)**

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served on June 1, 2020, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or First-Class Mail on this date.

/s/    *Larry C. Russ*