## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re: COVID-19 Business Interruption Protection Insurance Litigation** | **MDL No. 2942** |

## INTERESTED PARTY RESPONSE

This Interested Party Response is submitted, pursuant to Rule Pursuant to Rule 6.2(e) of the Rules of Civil Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"), on behalf of 32 parties, who are plaintiffs in 30 related actions in this proposed multidistrict litigation ("MDL") (the "Related Actions"), whose cases are pending in 14 judicial districts throughout the United States.[1]

The Related Actions are pending in the District of Connecticut (5), the District of Massachusetts (1), the District of Nevada (2), the District of New Jersey (2), the Eastern of Pennsylvania (8), the Eastern District of Virginia (1), the Middle District of Alabama (1), the Northern District of Alabama (1), the Northern District of California (1), the Northern District of Georgia (1), the Southern District of Ohio (1), the Southern District of New York (4), the Western District of Pennsylvania (1), and the Western District of New York (1).

The Interested Parties filing this Response are Rencana LLC d/b/a Core Reform Pilates (D. Conn.), Consulting Advantage Inc. (D. Conn.), Little Stars Corporation d/b/a The Little Gym of Gilbert (D. Conn.), Dotexamdr PLLC (D. Conn.), Harvey B. Pats, M.D.P.A. (D. Conn.), Accents in Sterling Inc. d/b/a Rare Earth Gallery (D. Mass.), Gaming Entertainment Touch Tech (D. Nev.), M&J Churchfield Family Limited Partnership d/b/a Double Dice RV Park (D. Nev.), M. Ilhan Uzel, DMS, DSC, d/b/a Mercer Center For Implants and Periodontics at Princeton (D.N.J.),

---

[1] A list of the Related Actions at issue is attached hereto as Exhibit "A."

Ambulatory Care Center, PA (D.N.J.), Jul-Bur Associates, Inc. (E.D. Pa.), Julie's Bottega (E.D. Pa.), Eric R. Shantzer, DDS d/b/a Richboro Dental Excellence (E.D. Pa.), Humans & Resources, LLC doing business as Cadence Restaurant (E.D. Pa.), Chester County Sports Arena (E.D. Pa.), Sidkoff, Pincus & Green PC (E.D. Pa.), Jabz Chandler II LLC (E.D. Pa.), Len Hayko Promotions, LLC (E.D. Pa.), Crunch Logistics Inc. T/A Monty's Sandwich Shop (E.D. Pa.), Sunsations Tanning Salon LLC (E.D. Pa.), L&L Logistics and Warehousing Inc. d/b/a L&L Trucking (E.D. Va.), Eagle Eye Outfitters Inc. (M.D. Ala.), Southern Dental of Birmingham, LLC (N.D. Ala.), Mortar and Pestle Corp. d/b/a Olea Restaurant (N.D. Cal.), KD Unlimited Inc. d/b/a The Artisan Gathering Salon (N.D. Ga.), New Super China Buffet Inc. (S.D. Ohio), Sharde Harvey DDS PLLC (S.D.N.Y.), Slate Hill Daycare Center, Inc (S.D.N.Y.), Gammon and Associates, Inc. (S.D.N.Y.), James Servedio (S.D.N.Y.), Liberty Corner Tavern, Inc. (W.D. Pa.), and Laser Spa of Rochester, LLC doing business as Spitale Laser Spa Salon (W.D.N.Y.).

The Interested Parties are represented by undersigned counsel who also represent the plaintiffs who filed the Motion for Transfer and Coordination or Consolidation Under 28 U.S.C. §1407 (ECF No. 1) (the "Motion for Transfer") – LH Dining LLC doing business as River Twice Restaurant and Newchops Restaurant Comcast, LLC (collectively, the "Movants"). The Motion to Transfer seeks to transfer all related actions to the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings. *See* ECF No. 1.  The Interested Parties respectfully submit this response to join and support Movants' Motion to Transfer and the Eastern District of Pennsylvania as the appropriate forum.

For all the reasons articulated in the Motion to Transfer, as well as additional submissions to be made by the Movants, the Interested Parties believe that the related actions satisfy the criteria for centralization under 28 U.S.C. §1407 for coordinated or consolidated pretrial proceedings, and

that the Eastern District of Pennsylvania is the preferred forum for this litigation. The Interested Parties include plaintiffs from 10 actions currently pending in the Eastern District of Pennsylvania who support that location and the remaining Interested Parties, whose actions are spread nationwide across 13 additional judicial districts, also support the Eastern District of Pennsylvania for the reasons set forth by Movants including its convenient and accessible location and its experience in handling complex multidistrict litigation.

Dated:  June 2, 2020                              Respectfully submitted,


/s/ *Arnold Levin*_____
Arnold Levin, Esquire
Frederick Longer, Esquire
Daniel Levin, Esquire
Keith J. Verrier, Esquire
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
Email: alevin@lfblaw.com
Email: flonger@lfsblaw.com
Email: dlevin@lfsblaw.com
Email: kverrier@lfsblaw.com


Richard M. Golomb, Esquire
Kenneth J. Grunfeld, Esquire
**GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA 19103
Telephone: (215) 346-7338
Facsimile: (215) 985-4169
Email: rgolomb@GolombHonik.Com
Email: KGrunfeld@GolombHonik.Com


W. Daniel "Dee" Miles, III
Rachel N. Boyd
Paul W. Evans
**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**

P.O. Box 4160
Montgomery, AL 36103
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
Email:  Dee.Miles@BeasleyAllen.com
Email:  Rachel.Boyd@BeasleyAllen.com
Email:  Paul.Evans@BeasleyAllen.com


*Attorneys for the Interested Parties*