BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: COVID-19 BUSINESS            )
INTERRUPTION PROTECTION )            MDL No. 2942
INSURANCE LITIGATION            )
_____ )

DECLARATION OF PAUL R. KOEPFF IN SUPPORT OF XL'S OPPOSITION
TO PLAINTIFFS' PETITIONS FOR TRANSFER AND COORDINATION
OR CONSOLIDATION PURSUANT TO 28 U.S.C. 1407

I, Paul R. Koepff, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am a partner at the law firm of Clyde & Co US LLP. I am an attorney duly admitted to the Bars of the States of New York (1974), New Jersey (1992) and to appear before the United States Supreme Court (1978). Clyde & Co US LLP represents XL Insurance America Inc. and Indian Harbor Insurance Company (collectively, "XL").

2. XL has been named a defendant in certain Covid-19 business interruption coverage actions, which have not (yet) been referred to the Judicial Panel on Multi-District Litigation (the "Panel"). *Muscogee (Creek) Nation dba Muscogee (Creek) Nation Casinos et al. v. Lexington Ins. Co, et al.*, No. CJ-2020- 159 (Muskogee Cnty. Dist. Ct., filed Apr. 24, 2020); *Kickapoo Tribe of Okla. v. Lexington Ins. Co., et al.*, No. CV-2020-47 (Pottawatomie Cnty. Dist. Ct., filed Apr. 22, 2020); *Town Kitchen LLC v. Certain Underwriters at Lloyd's London et al.*, No. 20 -8801CA01 (Miami Dade Cnty. Cir. Ct., filed Apr. 21, 2020); *Cherokee Nation, et al. v. Lexington Ins. Co., et al.*, No. CV-2020-150 (Cherokee Cnty. Dist. Ct., filed Apr. 13, 2020); *Chickasaw Nation Department of Commerce v. Lexington Insurance Co. et al.*, No. CV-20-35 (Okla. Dist. Ct., Pontotoc Cty. Mar. 24, 2020); *Choctaw Nation of Oklahoma v. Lexington Insurance Co. et al.*, No. CV-20-42 (Okla. Dist. Ct., Bryan Cty. Mar. 24, 2020).

3.  XL opposes the various Plaintiffs' Petitions for Transfer and Coordination or Consolidation pursuant to 28 U.S.C. 1407 (the "Petitions"). (Dkt. Nos. 1, 4). XL joins in all arguments made in the Response submitted by O'Melveny & Myers LLP on behalf of Westchester Surplus Lines Insurance Company and Indemnity Insurance Company of North America, which are Interested Parties opposing the Petitions.

4.  XL points out that there is a complete lack of commonality of the different defendants in the different Covid-19 business interruption coverage actions before the Panel. For the benefit of the Panel, I have annexed hereto, as Appendix A, a schedule of all actions identified in the two petitions for transfer and coordination or consolidation pursuant to 28 U.S.C. 1407 filed by various Plaintiffs (Dkt. Nos. 1, 4) and all Notices of Related Actions and Notices of Potential Tag-Alongs filed with the Judicial Panel for Multi-District Litigation (Dkt. Nos. 6, 10, 12, 13, 26, 28, 29, 38, 50, 52, 58, 75, 76, 86, 101, 107, 114, 120, 150, 162, 166, 167, 177, 179, 181, 185, 186, 195, 199, 202, 204, 205, 233, 234, 236, 254, 258, 270, 275, 298, 300, 320, 328, 329, 335, 336, 348, 349).

5.  I have annexed hereto, as Appendix B, a schedule of each defendant identified in the two petitions for transfer and coordination or consolidation pursuant to 28 U.S.C. 1407 filed by various Plaintiffs (Dkt. Nos. 1, 4) and all Notices of Related Actions and Notices of Potential Tag-Alongs filed with the Judicial Panel for Multi-District Litigation (Dkt. Nos. 6, 10, 12, 13, 26, 28, 29, 38, 50, 52, 58, 75, 76, 86, 101, 107, 114, 120, 150, 162, 166, 167, 177, 179, 181, 185, 186, 195, 199, 202, 204, 205, 233, 234, 236, 254, 258, 270, 275, 298, 300, 320, 328, 329, 335, 336, 348, 349). For each defendant, this schedule identifies the number of actions in which it is named as a defendant.

6. The schedules, which were prepared under my supervision, are based on all such actions filed as of the date of this declaration.

7. As can be seen in these two schedules:

   a. There are a total of 133 actions.

   b. There are 116 defendant insurers.

   c. No defendant insurer is named in all actions.

   d. Only 3 defendant insurers are named in more than 10 actions.

   e. Only 6 defendant insurers are named in more than 5 actions.

   f. Only 23 defendant insurers are named in more than 2 actions.

   g. Only 41 defendant insurers are named in more than 1 action.

   h. 75 defendant insurers are named in just 1 action.

   i. 93 defendant insurers are named in just 1 or 2 actions.

I affirm under the penalties of perjury, that the foregoing representations are true.

DATED: June 3, 2020

By: /s/ Paul R. Koepff
Paul R. Koepff

CLYDE & CO US LLP
The Chrysler Building
405 Lexington Ave., Floor 16
New York, New York 10174
Tel: (212) 710-3945
Fax: (212) 710-3950
Paul.Koepff@clydeco.us

*Attorneys for XL Insurance America Inc. and Indian Harbor Insurance Company*