BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *IN RE:* COVID-19 BUSINESS INTERRUPTION PROTECTION INSURANCE LITIGATION | MDL No. 2942 |

**TOPA INSURANCE COMPANY'S NOTICE OF JOINDER AND JOINDER IN RESPONSE TO CERTAIN PLAINTIFFS' MOTIONS FOR TRANSFER AND COORDINATION OR CONSOLIDATION UNDER 28 U.S.C. § 1407**

Pursuant to Judicial Panel on Multidistrict Litigation Rule 6.1(c), Defendant Topa Insurance Company (Topa) opposes certain Plaintiffs' (the Movants) motions for transfer and coordination or consolidation under 28 U.S.C. § 1407. *See* Dkts. 1, 4. Topa is a boutique insurance carrier that is a defendant in only a single lawsuit pending in its home state of California against a California policyholder. *See Caribe Restaurant & Nightclub, Inc. v. Topa Ins. Co.*, No. 20-cv-3570 (C.D. Cal.) (Otis D. Wright II, J.). Requiring Topa to participate in an MDL with more than 130 other lawsuits and 110 other insurers in a distant forum to litigate a wide array of factual, policy, claim, and state-law disparities imposes a tremendous burden on Topa with no efficiency gained.

Numerous reasons warrant the Panel's denial of the motions. Because these reasons are explained fully in the Response to Plaintiffs' Motions for Transfer and Coordination or Consolidation Under 28 U.S.C. § 1407 filed by Interested Parties Westchester Surplus Lines Insurance Company and Indemnity Insurance Company of North America (the Response, Dkt. 376), Topa hereby provides notice of joinder and joins in the Response (Dkt. 376). For the reasons stated in the Response, the Panel should deny the motions for transfer and coordination or consolidation.

1

Respectfully submitted,

/s/ *Margaret H. Warner*
Margaret H. Warner
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8228
(202) 756-8087
mwarner@mwe.com

*Counsel for Defendant
Topa Insurance Company*

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on June 4, 2020, I caused the foregoing **Topa Insurance Company's Notice Of Joinder And Joinder In Opposition To Certain Plaintiffs' Motion For Transfer And Coordination Or Consolidation Under 28 U.S.C. § 1407** to be filed with the Judicial Panel on Multidistrict Litigation's CM/ECF system. Copies of the foregoing document were served (1) by the Court's electronic filing system on anyone that has consented to electronic service and (2) by mail to anyone who has not consented to electronic service as indicated on the Notice of Electronic Filing.

/s/ *Margaret H. Warner*