BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| In re: COVID-19 Business Interruption Protection Insurance Litigation | : : : : | MDL No. 2942 |

**INTERESTED PARTY RESPONSE OF
<u>PLAINTIFF FIRE ISLAND RETREAT</u>**

Plaintiff, Fire Island Retreat, respectfully submits this Interested Party Response to the two competing motions for transfer and coordination or consolidation that were filed under Doc. Nos. 1 and 4 in this proposed MDL.[1] First and foremost, Fire Island Retreat joins in both motions to the extent that they request transfer, centralization, and coordination of all COVID-19 business interruption protection insurance cases.

Additionally, Fire Island Retreat joins in the request in the River Twice/Chops Motion to direct these transfers and assignments to the Honorable Timothy J. Savage of the United States District Court for the Eastern District of Pennsylvania, instead of to the Honorable Matthew F. Kennelly of the Northern District of Illinois. While transfer and assignment to either judge would be appropriate given the extensive experience that both judges and both courts have had with presiding over and managing multidistrict litigation, and the skill both have displayed while doing so, current case-related filings and docket conditions favor transfer to the Eastern District of Pennsylvania.

---

[1] These motions are: (1) Plaintiffs' Motion for Transfer and Coordination or Consolidation under 28 U.S.C. § 1407, filed by Plaintiffs River Twice Restaurant and Newchops Restaurant Comcast LLC at ECF 1 ("River Twice/Chops Motion"); and (2) Plaintiffs' Subsequent Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordination or Consolidated Pretrial Proceedings, filed by a set of eleven different plaintiffs at ECF 4.

1

**ARGUMENT**

**I.    The Eastern District of Pennsylvania is Familiar with the Issues in These Cases**

Judge Savage is familiar with this litigation because he already presides over not only 17 of the 18 Associated Cases that were filed in the Eastern District of Pennsylvania – 12% of all 139 Associated Cases – but also at least 3 additional related actions that should soon be associated with this proposed MDL, for a total of 20 actions.[2] Presumably, additional cases will be assigned to Judge Savage through the date on which rulings are entered on the instant transfer motions. The Northern District of Illinois, by contrast, has 13 Associated Cases which have been assigned to 11 different judges.[3]

**II.   The Eastern District of Pennsylvania Enjoys Docket Conditions that will Allow it to Readily Absorb these Cases**

According to the Federal Court Management Statistics for the 12-month period ending on December 31, 2019, the median time from filing to disposition for civil cases in the Eastern District

---

[2] Judge Savage presides over these Associated Cases: (1) PAE/2:20-cv-01869; PAE/2:20-cv-01949; (3) PAE/2:20-cv-01967; (4) PAE/2:20-cv-01973; (5) PAE/2:20-cv-01977; (6) PAE/2:20-cv-02021; (7) PAE/2:20-cv-02029; (8) PAE/2:20-cv-02034; (9) PAE/2:20-cv-02036; (10) PAE/2:20-cv-02083; (11) PAE/2:20-cv-02093; (12) PAE/2:20-cv-02152; (13) PAE/2:20-cv-02171; (14) PAE/2:20-cv-02312; (15) PAE/2:20-cv-02341; (16) PAE/5:20-cv-02510; and (17) PAE/5:20-cv-02525. *See* https://ecf.jpml.uscourts.gov/cgi-bin/JPMLqryMdlAscCases.pl?1158773 (last visited June 3, 2020). Judge Savage also presides over these related actions: (1) PAE/2:20-cv-02358; (2) PAE/2:20-cv-02585; and (3) PAE/2:20-cv-02603.

[3] According to the same JPML Associated Case list and the dockets linked thereto, these are the Associated Cases currently pending in the Northern District of Illinois and the judges presiding over them: (1) ILN/1:20-cv-02005 (Judge Chang); (2) ILN/1:20-cv-02068 (Judge Leinenweber); (3) ILN/1:20-cv-02160 (Judge Gettleman); (4) ILN/1:20-cv-02403 (Judge Kennelly); (5) ILN/1:20-cv-02546 (Judge Pallmeyer); (6) ILN/1:20-cv-02641 (Judge Lee); (7) ILN/1:20-cv-02690 (Judge Gottschall); (8) ILN/1:20-cv-02759 (Judge Seeger); (9) ILN/1:20-cv-02806 (Judge Kennelly); (10) ILN/1:20-cv-02895 (Judge Kocoras); (11) ILN/1:20-cv-03142 (Judge Blakey); (12) ILN/1:20-cv-03169 (Judge Feinerman); and (13) ILN/1:20-cv-03251 (Judge Kennelly). *See id.*

of Pennsylvania was 6 months, and the median time from filing to trial was 19.6 months.[4] By contrast, the Northern District of Illinois's median is 8.4 months from filing to disposition (40% longer) and 39 months from filing to trial (99% longer).[5] This means it takes half the time for the Eastern District of Pennsylvania to bring cases to trial.

Additionally, as of December 31, 2019, a total of 15,874 cases remained pending in the Northern District of Illinois,[6] while only 8,704 cases (82% less) remained pending in the Eastern District of Pennsylvania.[7] Each court splits these cases among 22 judges,[8] meaning that, on average, the 22 Illinois judges are splitting their time between 82% more cases than the 22 Pennsylvania judges.

Along the same lines, while each court is currently managing ten MDLs, Judge Savage is not presiding over any in the Eastern District of Pennsylvania, while Judge Kennelly remains responsible for the 3,503 cases that remain pending in *In re: Testosterone Replacement Therapy Prods. Liab. Litig.,* MDL 2545 (N.D. Ill.).[9] As such, Judge Kennelly, along with court personnel at the Northern District of Illinois, is currently managing more cases for that one MDL (3,503) than the entire Eastern District of Pennsylvania is currently managing in all ten of the MDLs pending in that court (cumulatively totaling 1,894).[10]

---

[4] *See* https://www.uscourts.gov/sites/default/files/data_tables/fcms_na_distprofile1231.2019.pdf (last visited June 3, 2020) at 16.

[5] *Id.* at 46.

[6] *Id.*

[7] *Id.* at 16.

[8] *Id.* at 16, 46.

[9] *See* https://www.jpml.uscourts.gov/sites/jpml/files/Pending_MDL_Dockets_By_District-May-15-2020.pdf (last visited June 3, 2020) at 2-4.

[10] *See id.*

Consequently, the Eastern District of Pennsylvania, generally, and Judge Savage, specifically, have a greater percentage of resources available to readily absorb the cases in this proposed MDL.

## CONCLUSION

For all these reasons, along with the reasons set forth in the River Twice/Chops Motion and Memorandum, and in the Interested Party Statement filed under Doc. No. 169, Plaintiff Fire Island Retreat respectfully requests that the Panel enter an order: (1) granting the River Twice/Chops Motion; and (2) transferring all Associated Cases in this MDL, along with any other associated actions that are subsequently brought to the Panel's attention, to the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings before the Honorable Timothy Savage.

DATED: June 4, 2020

*/s/ Dianne M. Nast*
Dianne M. Nast
Daniel N. Gallucci
**NASTLAW, LLC**
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Telephone: 215-923-9300
Facsimile: 215-923-9302
dnast@nastlaw.com
dgallucci@nastlaw.com

Michael L. Roberts
**ROBERTS LAW FIRM, P.A.**
20 Rahling Circle
Little Rock, AR 72223
Telephone: 501-821-5575
Facsimile: 501-821-4474
mikeroberts@robertslawfirm.us

*Attorneys for Plaintiff Fire Island Retreat*