BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE:  COVID-19 BUSINESS ) | | |
| INTERRUPTION PROTECTION ) | | MDL No. 2942 |
| INSURANCE LITIGATION ) | | |
| _____ ) | | |

## THE CINCINNATI INSURANCE COMPANY'S JOINDER IN OPPOSITION TO MDL TRANSFER AND CONSOLIDATION

Pursuant to Rule 6.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, The Cincinnati Insurance Company (Cincinnati) respectfully joins in the Defendants Westchester Surplus Lines Insurance Company and Indemnity Insurance Company of North America's Response to Plaintiffs' Motions for Transfer and Coordination or Consolidation Under 28 U.S.C. § 1407 (Case NJ/2:20-cv-05536, Document 10, Filed 06/03/20).

Several Cincinnati entities are the subject of this putative MDL.[1] Plaintiffs include several insureds to whom Cincinnati issued property insurance policies. Cincinnati is a Defendant in the following suits in which the Plaintiffs seek MDL transfer and consolidation:

1) T*roy Stacy Enterprises Inc. v. The Cincinnati Insurance Company,* 1:2020-cv-00312 (U.S.D.C. S.D. Ohio);
2) *Milkboy Center City LLC v. The Cincinnati Insurance Company, et al*., 2:2020-cv-02036 (U.S.D.C. E.D. Pennsylvania);
3) *Promotional Headwear Int'l, individually and on behalf of all others similarly situated vs. The Cincinnati Insurance Company,* 2:20-cv-02211 (U.S.D.C. D. Kansas);
4) *Studio 417, Inc. v The Cincinnati Insurance Company*, 6:20-cv-03127 (U.S.D.C. W.D. Missouri);
5) *Sandy Point Dental PC v. The Cincinnati Insurance Company, et al*., 1:20-cv-02160 (U.S.D.C. N.D. Illinois);
6) *3 Squares LLC, et al. v. The Cincinnati Insurance* Company, 1:20-CV-02690 (U.S.D.C. N.D. Illinois);

---

[1] The following Cincinnati entities have been named as defendants in suits in which Plaintiffs seek transfer to MDL: The Cincinnati Insurance Company; The Cincinnati Casualty Company; The Cincinnati Indemnity Company; and Cincinnati Financial Corporation.

7) *Taste of Belgium LLC vs. The Cincinnati Insurance Company; The Cincinnati Casualty Company, The Cincinnati Indemnity Company and Cincinnati Financial Corporation*, 1:20-cv-00357 (U.S.D.C. S.D. Ohio);
8) *Homestate Seafood LLC v. The Cincinnati Insurance Company*, 2:20-cv-00649 (U.S.D.C. N.D. Alabama);
9) *Derek Scott Williams PLLC v. The Cincinnati Insurance Company*; 1:20-cv-02806 (U.S.D.C. N.D. Illinois);
10) *Southern Dental of Birmingham, LLC v. The Cincinnati Insurance Company*, 2:20-cv-00681 (U.S.D.C. N.D. Alabama);
11) *Eagle Eye Outfitters, Inc. v. The Cincinnati Casualty Company,* 1:20-cv-00335 (U.S.D.C. M.D. Alabama)

In accordance with the arguments made in the Brief of Westchester Surplus Lines Insurance Company and Indemnity Insurance Company of North America, Cincinnati opposes Multidistrict transfer and consolidation based on the following: 1) the pertinent coverage issues all involve predominantly, if not entirely, questions of law, not fact; 2) what constitutes direct physical loss, the key issue here, solely requires a strictly legal interpretation of the policy language; and 3) there is no commonality of facts because different insureds have different types of businesses, losses, and policy language.

DATED: June 4, 2020

Respectfully submitted,
**THE CINCINNATI INSURANCE COMPANY**

/s/ *Paul G. Roche*

Paul G. Roche
Litchfield Cavo LLP
82 Hopmeadow Street, Suite 210
Simsbury, CT  06089
Tel:  860-413-2800
roche@litchfieldcavo.com

*Counsel for The Cincinnati Insurance Company,*
*The Cincinnati Casualty Company,*
*The Cincinnati Indemnity Company,*
*The Cincinnati Financial Corporation*