BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: COVID-19 BUSINESS INTERRUPTION PROTECTION INSURANCE LITIGATION | : : :    MDL No. 2942 |

### ALLIANZ'S INTERESTED PARTY RESPONSE IN OPPOSITION TO PLAINTIFFS' PETITIONS FOR TRANSFER AND COORDINATION OR CONSOLIDATION UNDER 28 U.S.C. § 1407

In accordance with Rule 6.2(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Panel"), Allianz Global Risks US Insurance Company, AGCS Marine Insurance Company, Allianz Underwriters Insurance Company, Fireman's Fund Insurance Company, American Automobile Insurance Company, Associated Indemnity Corporation, Chicago Insurance Company, Interstate Fire & Casualty Company, Fireman's Fund Indemnity Corporation, National Surety Corporation, and The American Insurance Company (collectively "Allianz"), as interested parties, respectfully oppose the various Plaintiffs' Petitions for Transfer and Coordination or Consolidation Under 28 U.S.C. § 1407 (Dkt. Nos. 1, 4), and all papers filed in support or partial support of those petitions (Dkt. Nos. 9, 19, 169, 184, 189, 369, 391, 396) (collectively, the "Petitions").

Allianz has been named as a defendant in certain Covid-19 business interruption coverage actions, which have not (yet) been referred to the Panel.

Allianz hereby joins the Response in Opposition to Plaintiffs' Motions for Transfer and Coordination or Consolidation Under 28 U.S.C. § 1407 filed by O'Melveny & Myers LLP on behalf of Interested Parties Westchester Surplus Lines Insurance Company and Indemnity Insurance Company of North America (the "Response").  (Dkt. No. 376).

For the reasons stated in the Response, the Panel should deny the Petitions.

1

Dated: June 5, 2020

Respectfully submitted,
/s/ *Paul R. Koepff*

CLYDE & CO US LLP
The Chrysler Building
405 Lexington Ave., Floor 16
New York, New York 10174
Tel: (212) 710-3945
Fax: (212) 710-3950
Paul.Koepff@clydeco.us

*Attorneys for Allianz Global Risks US Insurance Company, AGCS Marine Insurance Company, Allianz Underwriters Insurance Company, Fireman's Fund Insurance Company, American Automobile Insurance Company, Associated Indemnity Corporation, Chicago Insurance Company, Interstate Fire & Casualty Company, Fireman's Fund Indemnity Corporation, National Surety Corporation, and The American Insurance Company*