BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:                                                           ) | |
| COVID-19 BUSINESS INTERRUPTION    )        MDL NO. 2942 | |
| INSURANCE COVERAGE LITIGATION    ) | |

_____

**OPPOSITION TO MOTION FOR TRANSFER
BY PLAINTIFF, WAGNER SHOES, LLC**

COMES NOW PLAINTIFF, **WAGNER SHOES, LLC** (Wagner Shoes, LLC v. Auto-Owners Insurance Company, ALN 7:20-cv-00465-GMB), and moves in opposition in the above-captioned to the initial *Motion for Transfer and Coordination or Consolidation Under 28 U.S.C. § 1407* (Doc. 1), and *Plaintiffs' Subsequent Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings* (Doc. 4). [1]

1.  Plaintiff concurs with and **JOINS** the opposition motion filed by the Defendant in ALN 7:20-cv-00465-GMB, Auto-Owners Insurance Company (Doc. 415), as pertains and relates to *28 U.S.C. § 1407* and enumerates grounds for denial of the MDL

---

[1] Effective this date, Wagner Shoes, LLC v. Auto-Owners Insurance Company, ALN 7:20-cv-00465-GMB, pending in the Northern District of Alabama has been reassigned to the Honorable L. Scott Coogler with case number **7:20-cv-00465-LSC**.

[1]

transfer motions only. This case is not appropriate for an MDL proceeding, and the motions to transfer and consolidate should be denied.

Respectfully submitted,

/s/ *R. Matt Glover* (asb-7828-a43g)
**R. MATT GLOVER**
PRINCE GLOVER HAYES
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, Alabama 35406
Phone: (205) 345-1234
Email: mglover@princelaw.net
**Counsel for Plaintiff, Wagner Shoes, LLC**

/s/ *P. Ted Colquett* (asb-4624-t58p)
**P. TED COLQUETT**
COLQUETT LAW LLC
Post Office Box 59834
Birmingham, Alabama 35259-0834
Phone: (205) 245-4370
Email: ted@colquettlaw.com
**Counsel for Plaintiff, Wagner Shoes, LLC**

[2]