# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

IN RE: COVID-19 Business Interruption    )
Protection Insurance Litigation          )        MDL No. 2942

## THE HARTFORD'S INTERESTED PARTY RESPONSE IN OPPOSITION
## TO MOTIONS TO TRANSFER PURSUANT TO 28 U.S.C. § 1407

Pursuant to 28 U.S.C. § 1407 and Rules 6.2(e) and 7.2(a) of the Rules of Procedure of the

Judicial Panel on Multidistrict Litigation, defendants The Hartford Financial Services Group,

Inc., Hartford Fire Insurance Company, Sentinel Insurance Company, Ltd., Hartford Casualty

Insurance Company, Hartford Underwriters Insurance Company, and Twin City Fire Insurance

Company (together, "The Hartford")[1] hereby submit this interested party response in opposition

---

[1] Hartford Fire Insurance Company, Sentinel Insurance Company, Ltd., Hartford Casualty Insurance Company, Hartford Underwriters Insurance Company, and Twin City Fire Insurance Company are direct or indirect subsidiaries of The Hartford Financial Services Group.  These entities are defendants in one or more of the following 29 actions that plaintiffs have designated as related: *SA Hospitality Group, LLC, et al. v. Hartford Financial Services Group, Inc., et al.*, No. 1:20-cv-03258 (S.D.N.Y., filed Apr. 24, 2020); *Pigment Inc. v. The Hartford Financial Services Group, Inc., et al.*, No. 3:20-cv-00794 (S.D. Cal., filed Apr. 28, 2020); *Lansdale 329 Prop, LLC, et al. v. Hartford Underwriters Insurance Company, et al.*, No. 2:20-cv-02034 (E.D. Pa., filed Apr. 27, 2020); *GCDC LLC d/b/a GCDC Grilled Cheese Bar v. The Hartford Financial Services Group, Inc., et al.*, No. 1:20-cv-01094 (D.D.C., filed Apr. 27, 2020); *Lina Kim, DDS, P.S. v. Sentinel Insurance Company Limited*, No. 2:20-cv-00657 (W.D. Wash., filed Apr. 30, 2020); *Arnell Prato, DDS, PLLC v. Sentinel Insurance Company Limited*, No. 3:20-cv-05402 (W.D. Wash., filed Apr. 29, 2020); *Mario D. Chorak, DD, P.S. v. Hartford Casualty Insurance Company*, No. 2:20-cv-00627 (W.D. Wash., filed Apr. 24, 2020); *Food for Thought Caterers Corp. v. The Hartford Financial Services Group, Inc., et al.*, No. 1:20-cv-03418 (S.D.N.Y., filed May 1, 2020); *Boozer-Lindsey, P.A.,L.L.C., d/b/a Athens Dental Works v. Sentinel Insurance Company, Ltd.*, No. 6:20-cv-00235 (E.D. Tex., filed May 4, 2020); *Black Magic, LLC d/b/a Black Magic Cafe v. The Hartford Financial Services Group, Inc., et al.*, No. 2:20-cv-01743 (D.S.C., filed May 4, 2020); *Andrew Lee, DDS v. Sentinel Insurance Company, Limited*, No. 3:20-cv-05422 (W.D. Wash., filed May 4, 2020); *Hair Studio 1208, LLC v. Hartford Underwriters Insurance Co.*, No. 2:20-cv-02171 (E.D. Pa., filed May 5, 2020); *Rencana LLC, d/b/a Core Reform Pilates and The Irvine Company LLC v. The Hartford Financial Services Group, Inc., et al.*, No. 3:20-cv-00611 (D. Conn., filed May 4, 2020); *Consulting Advantage Inc. v. The Hartford Fire Insurance Company, et al.*, No. 3:20-cv-00610 (D. Conn., filed May 4, 2020); *Little Stars Corporation d/b/a The Little Gym of Gilbert v. Hartford Underwriters Insurance Company, et al.*, No. 3:20-cv-00609 (D. Conn., filed May 4, 2020); *Sharde Harvey DDS PLLC v. The Hartford Financial Services Group, Inc., et al.*, No. 1:20-cv-03350 (S.D.N.Y., filed Apr. 29, 2020); *The Eye Care Center of New Jersey, PA v. The Hartford Financial Services Group, Inc., et al.*, No. 2:20-cv-05743 (D.N.J., filed May 8, 2020); *Glow Medispa, LLC v. Sentinel Insurance Company, Limited*, No. 2:20-cv-00712 (W.D. Wash., filed May 12, 2020); *Graileys, Inc. d/b/a Graileys Fine Wines v. The Hartford Fire Insurance*

to the pending motions to transfer pursuant to 28 U.S.C. § 1407 filed by plaintiffs in the above-captioned litigation pending before the Judicial Panel on Multidistrict Litigation ("JPML").

The Hartford opposes transfer of all insurance coverage actions related to COVID-19 into a multidistrict litigation ("MDL") because the proposed transfer of such a broad array of actions involving a myriad of insurers, policyholders, policy terms and conditions, and widely differing facts, circumstances, and applicable laws will not serve the purpose of the MDL statute to "promote the just and efficient conduct of such actions."  28 U.S.C. § 1407(a).  In light of the Panel's request that insurers consolidate briefing in response to the motions to transfer to the extent possible, The Hartford joins the Response filed by Defendants Westchester Surplus Lines Insurance Company and Indemnity Insurance Company of North America (ECF No. 376), which includes a detailed discussion of why transfer is not appropriate.

Further, in certain instances, the COVID-19 insurance coverage matters may present legal, not factual, issues for resolution by the appropriate courts.  For example, as of today's date, The Hartford has filed two dispositive motions in matters asserting COVID-19 business income losses.  In addition, a federal court in New York denied a request for preliminary injunction in a matter involving The Hartford and stated that, under New York law, business

---

*Company, et al.*, No. 3:20-cv-1181 (N.D. Tex., filed May 8, 2020); *Sidkoff, Pincus & Green PC v. Sentinel Insurance Company, Limited*, No. 2:20-cv-02083 (E.D. Pa., filed Apr. 30, 2020); *Ambulatory Care Center, PA v. Sentinel Insurance Company, Limited*, No. 1:20-cv-05837 (D.N.J., filed May 13, 2020); *LD Gelato LLC v. Hartford Underwriters Insurance Company, Inc.*, No. 2:20-cv-06215 (D.N.J., filed May 21, 2020); *Dotexamdr PLLC v. The Hartford Fire Insurance Company, et al.*, No. 3:20-cv-00698 (D. Conn., filed May 20, 2020); *Harvey B. Pats, M.D.P.A. v. The Hartford Fire Insurance Company, et al.*, No. 3:20-cv-00697 (D. Conn., filed May 20, 2020); *Independence Barbershop, LLC v. The Hartford Financial Services Group, Inc., et al.*, No. 1:20-cv-555 (W.D. Tex., filed May 22, 2020); *Red Apple Dental PC v. The Hartford Financial Services Group, Inc., et al.*, No. 7:20-cv-03549 (S.D.N.Y., filed May 6, 2020); *Rinnigade Art Works v. The Hartford Financial Services Group, Inc., et al.*, No. 1:20-cv-10867 (D. Mass., filed May 7, 2020); *Karmel Davis and Associates, Attorneys-At-Law, LLC v. The Hartford Financial Services Group, Inc., et al.*, No. 1:20-cv-02181 (N.D. Ga., filed May 21, 2020); *Back2Health Chiropractic Center, LLC v. The Hartford Financial Services Group, Inc., et al.*, No. 2:20-cv-06717 (D.N.J., filed Jun. 1, 2020); and *Protégé Restaurant Partners LLC v. Sentinel Insurance Co., Limited, d/b/a The Hartford*, No. 5:20-cv-03674 (N.D. Cal., filed Jun. 2, 2020).

income loss for COVID-19 "is just not what's covered under these insurance policies." *Social Life Magazine, Inc. v. Sentinel Insurance Company Limited*, No. 1:20-cv-03311 (S.D.N.Y.), ECF No. 24-1, May 14, 2020 Hr'g Tr. at 15:12-16.[2]  In all three instances, the matters presented legal questions and did not revolve around "common questions of fact."  28 U.S.C. § 1407(a).

Accordingly, The Hartford respectfully asks the Panel to deny the pending motions to transfer the COVID-19 insurance coverage actions into an MDL for consolidated pretrial proceedings.

June 5, 2020                                                   Respectfully submitted,

                                                              /s/ Sarah D. Gordon
                                                              STEPTOE & JOHNSON LLP
                                                              Sarah D. Gordon
                                                              sgordon@steptoe.com
                                                              Frank Winston, Jr.
                                                              fwinston@steptoe.com
                                                              1330 Connecticut Avenue NW
                                                              Washington, D.C. 20036
                                                              Phone: (202) 429-3000
                                                              Fax: (202) 429-3902

                                                              STEPTOE & JOHNSON LLP
                                                              Justin Ben-Asher
                                                              jbenasher@Steptoe.com
                                                              1114 Avenue of the Americas
                                                              New York, N.Y. 10036
                                                              Phone: (212) 506-3900
                                                              Fax: (212) 506-3950

                                                              *Counsel for The Hartford Financial Services Group, Inc., Hartford Fire Insurance Company, Sentinel Insurance Company, Ltd., Hartford Casualty Insurance Company, Hartford Underwriters Insurance Company, and Twin City Fire Insurance Company*

---

[2] The plaintiff subsequently voluntarily dismissed the case.  *See Social Life Magazine, Inc. v. Sentinel Insurance Company Limited*, No. 1:20-cv-03311 (S.D.N.Y.), ECF No. 30 (May 22, 2020).