BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re: COVID-19 BUSINESS             :
INTERRUPTION PROTECTION              :    MDL No. 2942
INSURANCE LITIGATION                 :

**SOMPO'S INTERESTED PARTY RESPONSE IN OPPOSITION
TO PLAINTIFFS' PETITIONS FOR TRANSFER AND
COORDINATION OR CONSOLIDATION UNDER 28 U.S.C. § 1407**

In accordance with Rule 6.2(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Panel"), Sompo America Insurance Company, Sompo America Fire & Marine Insurance Company, Endurance American Specialty Insurance Company, Endurance American Insurance Company, Endurance Assurance Corporation, and Endurance Risk Solutions Assurance Co. (collectively "Sompo"), as interested parties, respectfully oppose the various Plaintiffs' Petitions for Transfer and Coordination or Consolidation Under 28 U.S.C. § 1407 (Dkt. Nos. 1, 4), and all papers filed in support or partial support of those motions (Dkt. Nos. 9, 19, 169, 184, 189, 369, 391, 396, 416, 424) (collectively, the "Petitions").

Sompo has been named as a defendant in certain Covid-19 business interruption coverage actions, which have not (yet) been referred to the Panel.

Sompo hereby joins the Response in Opposition to Plaintiffs' Motions for Transfer and Coordination or Consolidation Under 28 U.S.C. § 1407 filed by O'Melveny & Myers LLP on behalf of Interested Parties Westchester Surplus Lines Insurance Company and Indemnity Insurance Company of North America (the "Response").  (Dkt. No. 376).

For the reasons stated in the Response, the Panel should deny the Petitions.

| | |
|---|---|
| Dated:  June 5, 2020 | Respectfully submitted,<br>/s/ *Paul R. Koepff*<br><br>CLYDE & CO US LLP<br>The Chrysler Building<br>405 Lexington Ave., Floor 16<br>New York, New York 10174<br>Tel:  (212) 710-3945<br>Fax:  (212) 710-3950<br>Paul.Koepff@clydeco.us<br><br>*Attorneys for Sompo America Insurance Company, Sompo America Fire & Marine Insurance Company, Endurance American Specialty Insurance Company, Endurance American Insurance Company, Endurance Assurance Corporation; and Endurance Risk Solutions Assurance Co.* |