BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: COVID-19 BUSINESS INTERRUPTION PROTECTION INSURANCE LITIGATION | MDL No. 2942 |

**DEFENDANT ZURICH AMERICAN INSURANCE COMPANY'S
JOINDER IN SUPPORT OF CERTAIN OPPOSITIONS TO
TRANSFER MOTIONS UNDER 28 U.S.C. § 1407**

Defendant Zurich American Insurance Company ("Zurich") opposes the motions to transfer under 28 U.S.C. § 1407 (ECF Nos. 1, 4). Zurich agrees with, and joins in, the responses filed by Westchester Surplus Lines Insurance Company and Indemnity Insurance Company of North America (ECF No. 376) and Liberty Mutual Insurance Company (ECF No. 382). As discussed in those responses, no "common questions of fact" exist to warrant an MDL, and the Panel should deny transfer of the actions.

Dated: June 5, 2020

MAYER BROWN LLP
BRONWYN F. POLLOCK
EVAN T. TAGER
ARCHIS A. PARASHARAMI
DOUGLAS A. SMITH

By: */s/ Bronwyn F. Pollock*
       Bronwyn F. Pollock

*Attorneys for Defendant Zurich American Insurance Company*

Bronwyn F. Pollock
Douglas A. Smith
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone:    (213) 229-9500
Facsimile:    (213) 625-0248
bpollock@mayerbrown.com
dougsmith@mayerbrown.com

Evan T. Tager
Archis A. Parasharami
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006-1101
Telephone:    (202) 263-3000
Facsimile:    (202) 263-3300
etager@mayerbrown.com
aparasharami@mayerbrown.com