BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: COVID-19 Business Interruption Protection Insurance Litigation | MDL No. 2942 |

## INTERESTED PARTY RESPONSE

This Interested Party Response is submitted, pursuant to Rule 6.2(e) of the Rules of Civil Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"), on behalf of 12 parties, who are plaintiffs in 9 related actions in this proposed multidistrict litigation ("MDL") (the "Related Actions"), whose cases are pending in 5 judicial districts throughout the United States.[1] The Notice of Related Actions on behalf of these Interested Parties was filed in this MDL on June 29, 2020. *See* ECF No. 566.

The Related Actions are pending in the District of Arizona (2), the District of New Jersey (1), the Eastern of Pennsylvania (3), the Middle District of Alabama (1), and the Southern District of New York (2). The Interested Parties filing this Response are i2i Optique LLC (D. Ariz.); JDR Enterprises LLC (D. Ariz.); Quakerbridge Early Learning LLC d/b/a Kiddie Academy of Hamilton (D.N.J.); ATCM Optical Inc. (E.D. Pa.); Omega Optical Inc. (E.D. Pa.); Omega Optical at Comcast Center LLC d/b/a Omega Optical (E.D. Pa.); Adrian Moody (d/b/a Moody Jones Gallery) (E.D. Pa.); Robin Jones (d/b/a Moody Jones Gallery) (E.D. Pa.); Seymon Bokman d/b/a L'Uomo (E.D. Pa.); Auburn Depot LLC d/b/a The Depot (M.D. Ala.); Office Solution Group, LLC (S.D.N.Y.); and Elite Union Installations LLC (S.D.N.Y.).

The Interested Parties are represented by undersigned counsel who also represent the plaintiffs who filed the Motion for Transfer and Coordination or Consolidation Under 28 U.S.C.

---

[1] A list of the Related Actions at issue is attached hereto as Exhibit "A."

§1407 (ECF No. 1) (the "Motion for Transfer") – LH Dining LLC doing business as River Twice Restaurant and Newchops Restaurant Comcast, LLC (collectively, the "Movants").[2] The Motion to Transfer seeks to transfer all related actions to the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings. *See* ECF No. 1. The Interested Parties respectfully submit this response to join and support Movants' Motion to Transfer and the Eastern District of Pennsylvania as the appropriate forum with Judge Timothy J. Savage as the presiding judge.

For all the reasons articulated in the Motion to Transfer and Movants' Reply Brief in Further Support of the Motion (ECF No. 543), the Interested Parties believe that the related actions satisfy the criteria for centralization under 28 U.S.C. §1407 for coordinated or consolidated pretrial proceedings, and that the Eastern District of Pennsylvania before Judge Savage is the preferred forum for this litigation. The Interested Parties include plaintiffs from 3 actions currently pending in the Eastern District of Pennsylvania who support that location and the remaining Interested Parties, whose actions are pending in 4 additional judicial districts, also support the Eastern District of Pennsylvania for the reasons set forth by Movants including its convenient and accessible location and its experience in handling complex multidistrict litigation.

---

[2] Undersigned counsel also represent parties in other Related Actions who filed previous Interested Party Responses. *See* ECF Nos. 369, 532.

Dated:  June 30, 2020                               Respectfully submitted,


                                                    /s/ *Arnold Levin*
                                                    Arnold Levin, Esquire
                                                    Laurence Berman, Esquire
                                                    Frederick Longer, Esquire
                                                    Daniel Levin, Esquire
                                                    Keith J. Verrier, Esquire
                                                    **LEVIN SEDRAN & BERMAN LLP**
                                                    510 Walnut Street, Suite 500
                                                    Philadelphia, PA 19106-3697
                                                    Telephone: (215) 592-1500
                                                    Facsimile: (215) 592-4663
                                                    Email: alevin@lfsblaw.com
                                                    Email: lberman@lfsblaw.com
                                                    Email: flonger@lfsblaw.com
                                                    Email: dlevin@lfsblaw.com
                                                    Email: kverrier@lfsblaw.com

                                                    Richard M. Golomb, Esquire
                                                    Kenneth J. Grunfeld, Esquire
                                                    **GOLOMB & HONIK, P.C.**
                                                    1835 Market Street, Suite 2900
                                                    Philadelphia, PA 19103
                                                    Telephone: (215) 346-7338
                                                    Facsimile: (215) 985-4169
                                                    Email: rgolomb@GolombHonik.Com
                                                    Email: KGrunfeld@GolombHonik.Com

                                                    W. Daniel "Dee" Miles, III
                                                    Rachel N. Boyd
                                                    Paul W. Evans
                                                    **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
                                                    P.O. Box 4160
                                                    Montgomery, AL 36103
                                                    Telephone: (334) 269-2343
                                                    Facsimile: (334) 954-7555
                                                    Email: Dee.Miles@BeasleyAllen.com
                                                    Email: Rachel.Boyd@BeasleyAllen.com
                                                    Email: Paul.Evans@BeasleyAllen.com

                                                    *Attorneys for the Interested Parties*