UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: COVID-19 Business Interruption            )
<u>Protection Insurance Litigation</u>                    )          MDL No. 2942

**HARTFORD'S MOTION FOR LEAVE TO FILE
A FURTHER RESPONSE IN OPPOSITION TO
<u>MOTIONS TO TRANSFER PURSUANT TO 28 U.S.C. § 1407</u>**

The Hartford Financial Services Group, Inc. and five of its insurance underwriting subsidiaries (together, "Hartford") hereby move for leave to file their supplemental further response in opposition (Dkt. No. 592) out of time.

## BACKGROUND

Pursuant to 28 U.S.C. § 1407, Movants[1] seek to transfer to multidistrict litigation ("MDL") all insurance coverage litigation relating to the COVID-19 pandemic. On June 5, 2020, Hartford submitted an interested party response opposing transfer. Dkt. No. 425.

Numerous other parties also submitted responses on June 5. Among the June 5 submissions, certain plaintiffs suggested for the first time that the Panel create single-insurer MDLs as alternatives to the industry-wide MDL, including three submissions by plaintiffs proposing Hartford-only MDLs "in the alternative". Two of those responses opposed any consolidation but, if consolidation were required, proposed Hartford-only MDLs in the U.S. District Court for the District of Massachusetts (Dkt. No. 456) or in the U.S. District Court for the Southern District of Florida (Dkt. No. 473), the districts where each party's matter is now

---

[1] "Movants" refers to Plaintiffs LH Dining LLC and Newchops Restaurant Comcast LLC (*see* Dkt. No. 1-1), together with Plaintiffs Christine Jo Berkseth-Rojas DDS, Bridal Expressions LLC, Caribe Restaurant & Nightclub, Inc., Dakota Ventures, LLC, GIO Pizzeria & Bar Hospitality, LLC, GIO Pizzeria Boca, LLC, Rising Dough, Inc., Willy McCoys of Albertville LLC, Willy McCoys of Shakopee LLC, Whiskey Jacks of Ramsey, LLC, and Troy Stacy Enterprises Inc. (*see* Dkt. No. 4-1).

1

pending.  The third response supported an industry-wide consolidation before Judge Savage in the U.S. District Court for the Eastern District of Pennsylvania or, "in the alternative," a Hartford-only MDL also before Judge Savage.  Dkt. No. 462.

### THE PANEL SHOULD PERMIT HARTFORD TO FILE ITS PROPOSED FURTHER RESPONSE IN OPPOSITION

Movants' motions for transfer proposed consolidation of all insurance coverage litigation relating to the COVID-19 pandemic in a single, industry-wide MDL.  Dkt. Nos. 1-1, 3-1.  Neither set of movants proposed single-insurer MDLs in the alternative.  Because responses to the motions for transfer were due on June 5, Hartford was not aware when it filed its interested party response that certain parties would propose single-insurer MDLs, and if so, what arguments such parties would make.

Hartford should be permitted to submit its further opposition to address the arguments made by the three groups of plaintiffs that have suggested a Hartford-only MDL.  The further opposition directly responds to arguments made by these plaintiffs, detailing why a Hartford-only MDL would address none of the serious problems that make COVID-19 insurance coverage litigation a poor fit for multidistrict litigation.  In the further opposition, Hartford explains why the various Hartford matters do not present the "common questions of fact" MDLs are designed to address, and why consolidation would not "be for the convenience of parties and witnesses" and would not "promote the just and efficient conduct of such actions."  *See* 28 U.S.C. § 1407(a).  The further opposition will therefore aid the Panel's analysis of the motions for transfer.

Hartford seeks to file the further response in opposition solely to respond to these new arguments.  The Panel's June 16, 2020 Minute Order provides that parties in any potential tag-along actions may file an Interested Party response "no later than the Thursday prior to the hearing session," which has been set for July 30.  (Dkt. Nos. 547, 564.)  Because Hartford's

further opposition was filed well before this date, the Panel will have adequate time to consider the arguments raised therein.

**WHEREFORE**, Hartford respectfully requests permission to file its further opposition to the motions for transfer.

Dated:  July 2, 2020

Respectfully submitted,

/s/ Sarah D. Gordon
STEPTOE & JOHNSON LLP
Sarah D. Gordon
sgordon@steptoe.com
Frank Winston, Jr.
fwinston@steptoe.com
1330 Connecticut Avenue NW
Washington, D.C. 20036
Phone: (202) 429-3000
Fax: (202) 429-3902

STEPTOE & JOHNSON LLP
Justin Ben-Asher
jbenasher@Steptoe.com
1114 Avenue of the Americas
New York, N.Y. 10036
Phone: (212) 506-3900
Fax: (212) 506-3950

*Counsel for The Hartford Financial Services Group, Inc., Hartford Fire Insurance Company, Sentinel Insurance Company, Ltd., Hartford Casualty Insurance Company, Hartford Underwriters Insurance Company, and Twin City Fire Insurance Company*