BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:  COVID-19 BUSINESS            )
INTERRUPTION PROTECTION )                           MDL No. 2942
INSURANCE LITIGATION            )
_____ )

## THE CINCINNATI INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE RESPONSE IN OPPOSITION TO PLAINTIFFS' REPLY IN SUPPORT OF SUBSEQUENT MOTION  FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS
(Document 544)

Pursuant to Rule 6.3(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Defendant, The Cincinnati Insurance Company (Cincinnati), respectfully requests leave to file its Response in Opposition to Plaintiffs' Reply in Support of Subsequent Motion For Transfer of Actions Pursuant to 28 U.S.C. §1407 for Coordinated or Consolidated Pretrial Proceedings (Doc. 544) out of time. Cincinnati is the Defendant in the case of *Troy Stacy Enterprises Inc. vs. The Cincinnati Insurance Company,* Case No.1:2020 (U.S.D.C. S.D. Ohio).

On April 19, 2020, Troy Stacy Enterprises commenced the above captioned action in a Class Action Complaint against Cincinnati. Cincinnati is a Defendant in at least the following suits in which MDL transfer and consolidation is at issue:

1) T*roy Stacy Enterprises Inc. v. The Cincinnati Insurance Company,* 1:2020-cv-00312 (U.S.D.C. S.D. Ohio);
2) *Milkboy Center City LLC v. The Cincinnati Insurance Company, et al*., 2:2020-cv-02036 (U.S.D.C. E.D. Pennsylvania);
3) *The Grand Street Dining, LLC, GSD Lenexa LLC, Trezomare Operating Company, et al vs. The Cincinnati Insurance Company*, 4:20-cv-00330 (U.S.D.C. W.D. Missouri);
4) *Promotional Headwear Int'l, individually and on behalf of all others similarly situated vs. The Cincinnati Insurance Company,* 2:20-cv-02211 (U.S.D.C. D. Kansas);
5) *Studio 417, Inc. v The Cincinnati Insurance Company*, 6:20-cv-03127 (U.S.D.C. W.D. Missouri);

1

6) *Sandy Point Dental PC v. The Cincinnati Insurance Company, et al.*, 1:20-cv-02160 (U.S.D.C. N.D. Illinois);
7) *3 Squares LLC, et al. v. The Cincinnati Insurance* Company, 1:20-CV-02690 (U.S.D.C. N.D. Illinois);
8) *Taste of Belgium LLC vs. The Cincinnati Insurance Company; The Cincinnati Casualty Company, The Cincinnati Indemnity Company and Cincinnati Financial Corporation*, 1:20-cv-00357 (U.S.D.C. S.D. Ohio);
9) *Homestate Seafood LLC v. The Cincinnati Insurance Company*, 2:20-cv-00649 (U.S.D.C. N.D. Alabama);
10) *Derek Scott Williams PLLC v. The Cincinnati Insurance Company*; 1:20-cv-02806 (U.S.D.C. N.D. Illinois);
11) *Southern Dental of Birmingham, LLC v. The Cincinnati Insurance Company*, 2:20-cv-00681 (U.S.D.C. N.D. Alabama);
12) *Eagle Eye Outfitters, Inc. v. The Cincinnati Casualty Company,* 1:20-cv-00335 (U.S.D.C. M.D. Alabama).
13) *Sneak & Dawdle, LLC vs. The Cincinnati Insurance Company*, 3:20-CV-00383 (U.S.D.C. M.D. Alabama).
14) *Pear Tree Group, LLC vs. The Cincinnati Insurance Company*, 3:20-cv-00382 (U.S.D.C. M.D. Alabama).
15) *The Stone Soup, Inc. vs. The Cincinnati Insurance Company,* 2:20-cv-02614 (U.S.D.C. E.D. Pennsylvania).

On June 15, 2020, Troy Stacy Enterprises filed a Reply in Support of Subsequent Motion For Transfer of Actions Pursuant to 28 U.S.C. §1407 for Coordinated or Consolidated Pretrial Proceedings (Doc. 544) in MDL Docket No. 2942. On July 6, 2020, Cincinnati filed its Response in Opposition to Reply in Support of Subsequent Motion For Transfer of Actions Pursuant to 28 U.S.C. §1407 for Coordinated or Consolidated Pretrial Proceedings (Doc.612). While Cincinnati recognizes that this document is out of time, Cincinnati filed it at the first available opportunity and the document will assist the Panel in its consideration of the matters before it. The Reply to which Cincinnati is responding made arguments that had not previously been made. Accordingly, this is Cincinnati's first opportunity to respond to those new arguments. For this reason, Cincinnati requests leave for this document to be filed out of time and thus considered by the Panel.

Wherefore, Cincinnati respectfully requests that that the Panel grant leave for Docket No.612 to be filed and for the Panel to consider this document.

DATED:  July 6, 2020

Respectfully Submitted,

/s/ *Paul G. Roche*

_____
Paul G. Roche
Litchfield Cavo LLP
82 Hopmeadow Street, Suite 210
Simsbury, CT  06089
Tel:  860-413-2800
roche@litchfieldcavo.com

*Counsel for The Cincinnati Insurance Company,*
*The Cincinnati Casualty Company,*
*The Cincinnati Indemnity Company,*
*The Cincinnati Financial Corporation*