BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: COVID-19 Business Interruption Protection Insurance Litigation | MDL No. 2942 |

## INTERESTED PARTY RESPONSE

This Interested Party Response is submitted, pursuant to Rule 6.2(e) of the Rules of Civil Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"), on behalf of 14 parties, who are plaintiffs in 13 related actions in this proposed multidistrict litigation ("MDL") (the "Related Actions"), whose cases are pending in 7 judicial districts throughout the United States.[1] The Notice of Related Actions on behalf of these Interested Parties was filed in this MDL on July 14, 2020. *See* ECF No. 694.

The Related Actions are pending in the District of Arizona (1), the District of New Jersey (1), the Eastern District of Pennsylvania (7), the District of Massachusetts (1), the Northern District of California (1), the Eastern District of New York (1), and the Western District of Pennsylvania (1). The Interested Parties filing this Response are Table 95 Hospitality Group, Inc. (E.D. Pa.); i2i Optique LLC (E.D. Pa.); Eric Debella Inc. d/b/a Philly Bloke Hair Salon (E.D. Pa.); V&S Elmwood Lanes, Inc. (E.D. Pa.); VIP Fashion Inc. (E.D. Pa.); 1800 Farragut Inc. d/b/a The Borough Pub (E.D. Pa.); Whiskey Flats Inc. t/a Out of Wack Jack's Bar & Grill (E.D. Pa.); Cibus LLC (D. Ariz.); Khalid and Natalie's Service Inc. d/b/a Café Fifth Avenue (W.D. Pa.); Albertina Guzman Picot d/b/a Salon Cabellos (D. Mass.); Alexandre B. Demoura, M.D. d/b/a New York Spine Institute, Inc. (E.D.N.Y.); Boxed Foods Company, LLC (N.D. Cal.); Gourmet Provisions, LLC (N.D. Cal.); and Marilyn's Kids Inc. d/b/a Denny's (D.N.J.).

---

[1] A list of the Related Actions at issue is attached hereto as Exhibit "A."

The Interested Parties are represented by undersigned counsel who also represent the plaintiffs who filed the Motion for Transfer and Coordination or Consolidation Under 28 U.S.C. §1407 (ECF No. 1) (the "Motion for Transfer") – LH Dining LLC doing business as River Twice Restaurant and Newchops Restaurant Comcast, LLC (collectively, the "Movants").[2] The Motion to Transfer seeks to transfer all related actions to the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings. *See* ECF No. 1.  The Interested Parties respectfully submit this response to join and support Movants' Motion to Transfer and the Eastern District of Pennsylvania as the appropriate forum with Judge Timothy J. Savage as the presiding judge.

For all the reasons articulated in the Motion to Transfer and Movants' Reply Brief in Further Support of the Motion (ECF No. 543), the Interested Parties believe that the related actions satisfy the criteria for centralization under 28 U.S.C. §1407 for coordinated or consolidated pretrial proceedings, and that the Eastern District of Pennsylvania before Judge Savage is the preferred forum for this litigation. The Interested Parties include plaintiffs from 7 actions currently pending in the Eastern District of Pennsylvania who support that location and the remaining Interested Parties, whose actions are pending in 6 additional judicial districts, also support the Eastern District of Pennsylvania for the reasons set forth by Movants including its convenient and accessible location and its experience in handling complex multidistrict litigation.

---

[2] Undersigned counsel also represent parties in other Related Actions who filed previous Interested Party Responses. *See* ECF Nos. 369, 532 and 580.

Dated: July 15, 2020	Respectfully submitted,

/s/ *Arnold Levin*
Arnold Levin, Esquire
Laurence Berman, Esquire
Frederick Longer, Esquire
Daniel Levin, Esquire
Keith J. Verrier, Esquire
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
Email: alevin@lfsblaw.com
Email: lberman@lfsblaw.com
Email: flonger@lfsblaw.com
Email: dlevin@lfsblaw.com
Email: kverrier@lfsblaw.com

Richard M. Golomb, Esquire
Kenneth J. Grunfeld, Esquire
**GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA 19103
Telephone: (215) 346-7338
Facsimile: (215) 985-4169
Email: rgolomb@GolombHonik.Com
Email: KGrunfeld@GolombHonik.Com

W. Daniel "Dee" Miles, III
Rachel N. Boyd
Paul W. Evans
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
P.O. Box 4160
Montgomery, AL 36103
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
Email: Dee.Miles@BeasleyAllen.com
Email: Rachel.Boyd@BeasleyAllen.com
Email: Paul.Evans@BeasleyAllen.com

*Attorneys for the Interested Parties*