BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: COVID-19 BUSINESS ) <br> INTERRUPTION PROTECTION ) <br> INSURANCE LITIGATION ) <br> _____ ) | MDL No. 2942 |

INTERESTED PARTY RESPONSE:

BLACKBOARD'S OPPOSITION TO THE MOTIONS TO TRANSFER

Blackboard Insurance Company opposes the Motions to Transfer (Docs. 1 and 4) and the alternative proposals to centralize cases identified as related into a multidistrict litigation, under Rule 6.2(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.[1] Blackboard opposes centralization because the actions do not share common questions of fact and centralization would not promote efficiency or the convenience of the parties or witnesses. Among other reasons, (1) the policyholder-businesses located in various states across the country closed or limited operations for different reasons, at different times, for different durations and scopes, and under different government shut-down orders; (2) the insurance policies at issue contain different language and were issued by hundreds of different property insurers located across the country; and (3) differences in state laws will affect the scope of discovery. Factual differences so predominate these cases that attempts at consolidated discovery likely will result

---

[1] Blackboard is the named defendant in *Brick N Spoon Orlando LLC v. Blackboard Ins. Co.*, Case No. 6:20-cv-00992-ACC-EJK (M.D. Fla.), which the plaintiff claims is a related action. (JPML Docket 587, filed July 1, 2020.)

2

only in more burden, expense, and delay. Accordingly, the Panel should deny the Motions to Transfer and alternative proposals to coordinate or consolidate the actions.

DATED:  July 22, 2020

Respectfully submitted,

  s/   *Keith Moskowitz*
Keith Moskowitz
Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606-6361
Phone (312) 876-8220
Fax (312) 876-7934

*Counsel for Blackboard Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing Interested Party Response: Blackboard's Opposition to the Motions to Transfer were served on all parties electronically via the Judicial Panel on Multidistrict Litigation's CM/ECF system on July 22, 2020.

DATED:  July 22, 2020

                                                    Respectfully submitted,
                                                    s/   *Keith Moskowitz*
                                                    Keith Moskowitz
                                                    Dentons US LLP
                                                    233 South Wacker Drive
                                                    Suite 5900
                                                    Chicago, IL 60606-6361
                                                    Phone (312) 876-8220
                                                    Fax (312) 876-7934
                                                    *Counsel for Blackboard Insurance Company*