# EXHIBIT A

BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *IN RE* COVID-19 BUSINESS INTERRUPTION PROTECTION INSURANCE LITIGATION | MDL Docket No. 2942 |

## SOCIETY INSURANCE'S
## <u>SCHEDULE OF ACTIONS</u>

| No. | Case Captions | Case No. | Court | Judge |
|---|---|---|---|---|
| 1. | *Plaintiff(s):*<br>351 Kingsbury Corner, LLC<br>*Defendant(s):*<br>Society Insurance | 1:20-cv-02589 | Northern District of Illinois, Chicago Division | Judge John Z. Lee |
| 2. | *Plaintiff(s):*<br>726 West Grand LLC, et al.<br>*Defendant(s):*<br>Society Insurance | 1:20-cv-03432 | Northern District of Illinois, Chicago Division | Judge Robert M. Dow, Jr. |
| 3. | *Plaintiff(s):*<br>Cardelli Enterprise, L.L.C.<br>*Defendant(s):*<br>Society Insurance | 1:20-cv-03263 | Northern District of Illinois, Chicago Division | Judge Manish S. Shah |
| 4. | *Plaintiff(s):*<br>Deerfield Italian Kitchen, Inc.<br>*Defendant(s):*<br>Society Insurance | 1:20-cv-03896 | Northern District of Illinois, Chicago Division | Judge Mary M. Rowland |

| No. | Case Captions | Case No. | Court | Judge |
|---|---|---|---|---|
| 5. | *Plaintiff(s)*:<br>Dunlays Management Services, LLC, et al.<br>*Defendant(s)*:<br>Society Insurance | 1:20-cv-02524 | Northern District of Illinois, Chicago Division | Judge Robert M. Dow, Jr. |
| 6. | *Plaintiff(s)*:<br>Kedzie Boulevard Cafe, Inc.<br>*Defendant(s)*:<br>Society Insurance, Inc. | 1:20-cv-02692 | Northern District of Illinois, Chicago Division | Judge Edmond E. Chang |
| 7. | *Plaintiff(s)*:<br>Lucy's Burgers, LLC<br>*Defendant(s)*:<br>Society Insurance, Inc. | 0:20-cv-01029-PAM-ECW | District of Minnesota | Senior Judge Paul A. Magnuson<br>Magistrate Judge Elizabeth Cowan Wright |
| 8. | *Plaintiff(s)*:<br>Peg Leg Porker Restaurant, LLC<br>*Defendant(s)*:<br>Society Insurance | 3:20-cv-00337 | Middle District of Tennessee, Nashville Division | Magistrate Judge Waverly D. Crenshaw, Jr. |
| 9. | *Plaintiff(s)*:<br>Purple Pig Cheese Bar & Pork Store LLC<br>*Defendant(s)*:<br>Society Insurance | 1:20-cv-03164 | Northern District of Illinois, Chicago Division | Judge Marvin E. Aspen |
| 10. | *Plaintiff(s)*:<br>Riverside Enterprises, LLC<br>*Defendant(s)*:<br>Society Insurance | 1:20-cv-04178 | Northern District of Illinois, Chicago Division | Judge Joan H. Lefkow |
| 11. | *Plaintiff(s)*:<br>Valley Lodge Corp.<br>*Defendant(s)*:<br>Society Insurance | 1:20-cv-02813 | Northern District of Illinois, Chicago Division | Judge John J. Tharp, Jr. |

| No. | Case Captions | Case No. | Court | Judge |
|---|---|---|---|---|
| 12. | *Plaintiff(s)*:<br>The Whistler LLC, et al.<br>*Defendant(s)*:<br>Society Insurance | 1:20-cv-03959 | Northern District of Illinois, Chicago Division | Judge Charles R. Norgle. Sr. |

Dated: July 29, 2020

Respectfully submitted,

CROWELL & MORING LLP
Laura A. Foggan

/s/ Laura A. Foggan
Laura A. Foggan
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004-2595
Telephone: (202) 624-2774
Facsimile: (202) 628-5116
lfoggan@crowell.com
*Attorney for Defendant Society Insurance*