**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: COVID-19 BUSINESS INTERRUPTION PROTECTION INSURANCE LITIGATION | MDL Docket No. 2942 |

**NOTICE OF SUPPLEMENTAL INFORMATION**

Atma Beauty, Inc., plaintiff in *Atma Beauty, Inc. v. HDI Global Specialty SE, et al.*, No. 1:20-cv-21745-DPG (S.D. Fla.), respectfully submits this notice of supplemental information to alert the Panel to a recent, relevant filing by Defendant Certain Underwriters at Lloyd's ("Lloyd's") in *Gio Pizzeria & Bar Hospitality, LLC, et al. v. Certain Underwriters at Lloyd's, et al.*, No. 20-cv-03107 (S.D.N.Y.).  To support its July 29, 2020 motion to transfer the *Gio* action from the Southern District of New York to the Southern District of Florida, which is attached to this notice as Exhibit A, Lloyd's argued that "[t]he epicenter of COVID-19 class action litigation against the Lloyd's market is the Southern District of Florida."  Ex. A at 3.  This filing demonstrates that the parties are actively utilizing methods other than § 1407 to coordinate related actions, making an industry-wide MDL unnecessary, and that if the Panel ultimately determines that centralization on an insurer-specific basis is appropriate for actions involving Lloyd's, the Southern District of Florida is the most appropriate transferee forum, because it is already the "epicenter" of such litigation.

Dated: August 3, 2020

Respectfully submitted,

**PODHURST ORSECK, P.A.**

/s/ Steven C. Marks
Steven C. Marks (Fla. Bar. No. 516414)
Aaron S. Podhurst (Fla. Bar. No. 63606)
Lea P. Bucciero (Fla. Bar. No. 84763)
Matthew P. Weinshall (Fla. Bar. No. 84783)
Kristina M. Infante (Fla. Bar. No. 112557)
SunTrust International Center
One Southeast 3rd Ave, Suite 2300
Miami, Florida 33131
Phone: (305) 358-2800
Fax: (305) 358-2382
smarks@podhurst.com
apodhurst@podhurst.com
lbucciero@podhurst.com
mweinshall@podhurst.com
kinfante@podhurst.com