BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: COVID-19 BUSINESS | ) | MDL No. 2942 |
| INTERRUPTION PROTECTION | ) | |
| INSURANCE LITIGATION | ) | |
| | ) | |

### NOTICE OF JOINDER

Plaintiff J.G. Optical, Inc. ("J.G. Optical")[1] respectfully submits this Notice of Joinder in

Movants Salum Restaurant LTD, Frosch Holdco, Inc., Frosch International Travel, LLC, and FT

Travel, Inc.'s (collectively, "Movants") Motion for Inclusion on Schedule and/or for

Reconsideration of Order (ECF No. 773).  J.G. Optical agrees with Movants that, given the large

number of cases brought against Travelers Indemnity Company ("Travelers") and its related

entities, the Panel should consider centralization of the Travelers-related cases as well.

 DATED:  August 14, 2020                ROBBINS GELLER RUDMAN & DOWD LLP


                                          *s/Stuart A. Davidson*
                                          STUART A. DAVIDSON

                                          PAUL J. GELLER
                                          STUART A. DAVIDSON
                                          120 East Palmetto Park Road, Suite 500
                                          Boca Raton, FL  33432
                                          Telephone:  561/750-3000
                                          561/750-3364 (fax)
                                          pgeller@rgrdlaw.com
                                          sdavidson@rgrdlaw.com


                                          ROBBINS GELLER RUDMAN & DOWD LLP
                                          SAMUEL H. RUDMAN
                                          58 South Service Road, Suite 200
                                          Melville, NY  11747
                                          Telephone:  631/367-7100
                                          srudman@rgrdlaw.com

---

[1]   J.G. Optical is the named plaintiff in *J.G. Optical, Inc. v. The Travelers Cos.*, No. 2:20-cv-05744 (D.N.J.), which was related to these proceedings on May 11, 2020 (ECF No. 179).

4839-2424-5959.v1-8/14/20

CARELLA, BYRNE, CECCHI
  OLSTEIN, BRODY & AGNELLO
JAMES E. CECCHI
LINDSEY H. TAYLOR
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
jcecchi@carellabyrne.com
ltaylor@carellabyrne.com

SEEGER WEISS
CHRISTOPHER A. SEEGER
STEPHEN A. WEISS
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  973/639-9100
cseeger@seegerweiss.com
sweiss@seegerweiss.com

*Counsel for Plaintiff J.G. Optical, Inc.*

2