UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: COVID-19 BUSINESS INTERRUPTION
PROTECTION INSURANCE LITIGATION                               MDL No. 2942


### ORDER GRANTING MOTION FOR RECONSIDERATION


**Before the Panel:**[*] Plaintiffs in two related actions request that the Panel reconsider its order denying centralization in this docket. *See* MDL No. 2942 (J.P.M.L. Aug. 13, 2020), ECF No. 773. Specifically, plaintiffs request the Panel issue a show cause order as to why fifteen actions naming Travelers Indemnity Company and related insurers should not be centralized.[1] Plaintiff in one additional action has joined this motion.

In our order denying centralization, we directed the Clerk of the Panel to issue show cause orders with respect to actions naming four insurers or groups of related insurers. With respect to those four insurers or insurer groups, we concluded that centralization may be warranted to eliminate duplicative discovery and pretrial practice. We are persuaded that the fifteen actions naming the Travelers insurers as defendants likewise may benefit from centralization. Accordingly, we will direct the Clerk of the Panel to issue a show cause order with respect to the fifteen Travelers actions listed on Schedule A.[2] As with the prior show cause orders, the due date for responses to the show cause orders will be expedited to ensure that the Panel will be able to consider the matter at its next hearing session on September 24, 2020.

IT IS THEREFORE ORDERED that the motion for reconsideration is granted.

IT IS FURTHER ORDERED that the Clerk of the Panel shall issue a show cause order as to the actions listed on Schedule A. The show cause order shall be captioned "*In re: Travelers COVID-19 Business Interruption Protection Insurance Litigation*."

---

[*] Judges Karen K. Caldwell and David C. Norton took no part in the decision of this matter.

[1] Movants alternatively request an order centralizing the Travelers cases. This request is improper because none of these actions were listed on the centralization motions in this docket. *See* Order Denying Transfer and Directing Issuance of Show Cause Orders at 4 n.7, MDL No. 2942 (J.P.M.L. Aug. 12, 2020), ECF No. 772.

[2] One of the actions listed on movants' motion for reconsideration recently was consolidated with a declaratory judgment action brought by Travelers and closed. The active declaratory judgment action is listed on Schedule A.

IT IS FURTHER ORDERED that responses to the above show cause orders shall be due on August 31, 2020, and replies on September 4, 2020.

PANEL ON MULTIDISTRICT LITIGATION

_____
Ellen Segal Huvelle
Acting Chair

R. David Proctor            Catherine D. Perry
Nathaniel M. Gorton     Matthew F. Kennelly

IN RE: COVID-19 BUSINESS INTERRUPTION
PROTECTION INSURANCE LITIGATION                    MDL No. 2942

## SCHEDULE A

<u>Central District of California</u>

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA v. GERAGOS
    AND GERAGOS, C.A. No. 2:20–03619
MARKS ENGINE COMPANY NO. 28 RESTAURANT, LLC v. TRAVELERS
    INDEMNITY COMPANY OF CONNECTICUT, ET AL, C.A. No. 2:20–04423
G & P HOSPITALITY, LLC v. THE TRAVELERS COMPANIES, INC.,
    C.A. No. 2:20–05148

<u>Northern District of California</u>

MUDPIE, INC. v. TRAVELERS CASUALTY INSURANCE COMPANY OF
    AMERICA, C.A. No. 4:20–03213

<u>Eastern District of Missouri</u>

GLENN R. EDWARDS, INC., ET AL. v. THE TRAVELERS COMPANIES, INC.,
    ET AL., C.A. No. 4:20–00877

<u>District of New Jersey</u>

J.G. OPTICAL, INC. v. THE TRAVELERS COMPANIES, INC., C.A. No. 2:20–05744

<u>Southern District of New York</u>

SERVEDIO v. TRAVELERS CASUAL INSURANCE COMPANY OF AMERICA,
    C.A. No. 1:20–03907

<u>Eastern District of Pennsylvania</u>

ERIC R. SHANTZER, DDS v. TRAVELERS CASUALTY INSURANCE COMPANY
    OF AMERICA, ET AL., C.A. No. 2:20–02093

<u>Northern District of Texas</u>

SALUM RESTAURANT LTD. v. THE TRAVELERS INDEMNITY COMPANY,
    C.A. No. 3:20–01034

-A2-

<u>Southern District of Texas</u>

FROSCH HOLDCO, INC., ET AL. v. THE TRAVELERS INDEMNITY COMPANY,
 ET AL., C.A. No. 4:20–01478

<u>Western District of Washington</u>

NGUYEN v. TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,
 C.A. No. 2:20–00597
FOX v. TRAVELERS CASUALTY COMPANY OF AMERICA, C.A. No. 2:20–00598
HSUE v. TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,
 C.A. No. 2:20–00622
KASHNER v. TRAVELERS INDEMNITY COMPANY OF AMERICA,
 C.A. No. 2:20–00625
BATH v. TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,
 C.A. No. 3:20–05489