UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: COVID-19 BUSINESS INTERRUPTION
PROTECTION INSURANCE LITIGATION                                    MDL No. 2942

ORDER DENYING MOTION TO AMEND AND/OR
RECONSIDERATION OF ORDER

**Before the Panel:**[*] Plaintiffs in two related actions request that the Panel reconsider its order denying centralization in this docket. *See* MDL No. 2942 (J.P.M.L. Aug. 17, 2020), ECF No. 776. Specifically, plaintiffs request the Panel issue a show cause order as to why seven actions naming various State Farm insurers should not be centralized. The Panel carefully considered which actions warranted a show cause order and did not grant the recent motion for reconsideration regarding fifteen Travelers actions lightly. *See* Order Granting Mot. for Recons., MDL No. 2942 (J.P.M.L. Aug. 17, 2020), ECF No. 775. Plaintiffs have not persuaded us that these seven actions warrant the issuance of a show cause order.

IT IS THEREFORE ORDERED that the motion to amend and/or for reconsideration of the order denying centralization is denied.

PANEL ON MULTIDISTRICT LITIGATION

Ellen Segal Huvelle
Acting Chair

R. David Proctor           Catherine D. Perry
Nathaniel M. Gorton        Matthew F. Kennelly

---

[*] Judges Karen K. Caldwell and David C. Norton took no part in the decision of this matter.