UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: COVID-19 BUSINESS INTERRUPTION
PROTECTION INSURANCE LITIGATION                                          MDL No. 2942

ORDER DENYING MOTION TO AMEND AND/OR
RECONSIDERATION OF ORDER

**Before the Panel:**[*] Plaintiffs in five related actions request that the Panel reconsider its order denying centralization in this docket. *See* MDL No. 2942 (J.P.M.L. Aug. 20, 2020), ECF No. 778. Specifically, plaintiffs request the Panel issue a show cause order as to why fifteen actions naming various Erie insurers should not be centralized. To date we have issued show cause orders directed to actions naming five insurers or insurer-groups as defendants. The briefing schedules for those show cause orders were expedited to allow the Panel sufficient time to consider the matters at its next hearing session on September 24, 2020. There is not enough time remaining before the September hearing session for us to consider the requested show cause order as to these Erie actions.

IT IS THEREFORE ORDERED that the motion to amend and/or for reconsideration of the order denying centralization is denied.

PANEL ON MULTIDISTRICT LITIGATION

_____
Ellen Segal Huvelle
Acting Chair

R. David Proctor          Catherine D. Perry
Nathaniel M. Gorton       Matthew F. Kennelly

---

[*] Judges Karen K. Caldwell and David C. Norton took no part in the decision of this matter.