

1775 PENNSYLVANIA AVE, NW - SUITE 375
WASHINGTON, DC  20006
202-899-4100 MAIN     612-336-9100 FAX

JAMES ROBERTSON MARTIN
JMartin@zelle.com
(202) 899-4101

August 21, 2020

**<u>VIA ECF FILING</u>**

The United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20544-0005

  Re: *IN RE: CO VID-19 Business Interruption Protection Insurance Litig.*, MDL No. 2942

Dear Members of the Panel:

I write on behalf of *amici curiae* American Property Casualty Insurance Association ("APCIA") and National Association of Mutual Insurance Companies ("NAMIC") (together, "*Amici*") regarding the Panel's Orders directing the issuance of Show Cause Orders with respect to actions naming five insurers or groups of related insurers—Certain Underwriters at Lloyd's, London; Cincinnati Insurance Company; the Hartford Insurance insurers; Society Insurance; and the Travelers insurers.  (Dkt. Nos. 772, 775).  *Amici's* members include more than 800 companies that wrote property insurance policies which could be the subject of business interruption actions.  To promote judicial efficiency, *Amici* respectfully request permission to file a single Interested Party response to the Orders to Show Cause[1] on August 31, 2020, the due date for responses to the Order to Show Cause issued in the *Travelers* proceeding, MDL No. 2965.

*Amici* filed an Interested Party response on behalf of their members opposing industry-wide consolidation of the COVID-19 actions in the instant proceeding, Dkt. No. 457.  *Amici* believe their Interested Party response will provide information and a unique industry perspective that will assist the panel in its consideration of these matters. Allowing *Amici* to file their response on the slightly later date will help ensure that their arguments are not duplicative of the parties.  Further, permitting the response to be filed in only one action will ensure that the other four dockets are not cluttered with identical filings.

---

[1] The Orders to Show Cause directed by the Panel have been issued in:  *IN RE: Certain Underwriters At Lloyd's, London, COVID-19 Business Interruption Protection Insurance Litigation*, MDL No. 2961; *IN RE: Cincinnati COVID-19 Business Interruption Protection Insurance Litigation*, MDL No. 2962; *IN RE: Travelers COVID-19 Business Interruption Protection Insurance Litigation*, MDL No. 2963; *IN RE: Society Insurance Company COVID-19 Business Interruption Protection Insurance Litigation*, MDL No. 2964; and *IN RE: Travelers COVID-19 Business Interruption Protection Insurance Litigation*, MDL No. 2965.

The Members of the United States Judicial Panel on Multidistrict Litigation
August 21, 2020
Page 2

For the above reasons, *Amici* request that they be allowed to file their Interested Party response of *amicus curiae* on August 31, 2020 in the *Travelers* proceeding, MDL No. 2965 and have that response applicable to all five Orders to Show Cause issued by the Panel.

                                      Respectfully submitted,

                                      *James Robertson Martin*
                                      James Robertson Martin
                                      Jennifer D. Hackett
                                      **ZELLE LLP**
                                      1775 Pennsylvania Ave, NW, Suite 375
                                      Washington, DC 20006
                                      Telephone: (202) 899-4101

                                      Steven J. Badger
                                      **ZELLE LLP**
                                      901 Main Street, Suite 4000
                                      Dallas, TX 75202